**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Missouri
_____(State)_____

Case number *(if known):* _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's Name** | **Armstrong Energy, Inc.** | |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Armstrong Land Company, LLC** | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | **35-2424058** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7733 Forsyth Blvd.**<br>Number          Street | Number          Street |
| **Suite 1625** | P.O. Box |
| **St. Louis, Missouri 63105**<br>City                    State      Zip Code | City                    State      Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **St. Louis**<br>County | Number          Street |
| | City                    State      Zip Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | **www.armstrongenergyinc.com** | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    **Armstrong Energy, Inc.**                                                    Case number *(if known)* _____

Name

| | |
|---|---|
| **7.  Describe debtor's business** | **A.** *Check One:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.**  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**(2121) Coal Mining**

| | |
|---|---|
| **8.  Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☒ Chapter 11.  *Check all that apply:* |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | | | | |
|---|---|---|---|---|---|
| **9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | | | | |
| | ☐ Yes. | District _____ | When _____ | Case number _____ |
| If more than 2 cases, attach a separate list. | | | MM/DD/YYYY | |
| | | District _____ | When _____ | Case number _____ |
| | | | MM/DD/YYYY | |

| | | | | |
|---|---|---|---|---|
| **10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | | | |
| | ☒ Yes. | Debtor  **See Rider 1** | Relationship  **Affiliate** |
| List all cases.  If more than 1, attach a separate list. | | District  **Eastern District of Missouri** | When  **10/31/2017** |
| | | Case number, if known  _____ | MM / DD / YYYY |

Debtor    **Armstrong Energy, Inc.**                                    Case number *(if known)* _____
            Name

---

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* |
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number         Street

_____
City                           State      Zip Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
            Contact name       _____
            Phone              _____

---

## Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor ___**Armstrong Energy, Inc.**_____    Case number *(if known)* _____

Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**10/31/2017**___
                        MM / DD / YYYY

✗    **/s/ J. Hord Armstrong, III**_____          **J. Hord Armstrong, III**_____
       Signature of authorized representative of debtor          Printed name

Title   **Authorized Signatory**_____

---

**18. Signature of attorney**

✗    **/s/ Richard W. Engel Jr.**_____    Date    ___**10/31/2017**___
       Signature of attorney for debtor                                MM/ DD/YYYY

**Richard W. Engel Jr.**_____
Printed name

**Armstrong Teasdale LLP**_____
Firm name

**7700 Forsyth Boulevard, Suite 1800**_____
Number                     Street

**St. Louis**_____          **Missouri**_____    **63105**_____
City                                                State              ZIP Code

**(314) 621-5070**_____          **rengel@armstrongteasdale.com**_____
Contact phone                                     Email address

**34641**_____          **MO**_____
Bar number                           State

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Missouri
*(State)*

Case number *(if known)*: _____    Chapter    11

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Eastern District of Missouri for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Armstrong Energy, Inc.

- Armstrong Energy, Inc.

- Armstrong Air, LLC

- Armstrong Coal Company, Inc.

- Armstrong Coal Sales, LLC

- Armstrong Energy Holdings, Inc.

- Armstrong Logistics Services, LLC

- Thoroughfare Mining, LLC

- Western Diamond LLC

- Western Land Company, LLC

## <u>SECRETARY'S CERTIFICATE</u>

### October 31, 2017

The undersigned, Eric R. Waller, as Secretary of Armstrong Energy, Inc. (the "<u>Company</u>"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the board of directors of the Company (the "<u>Board of Directors</u>"), duly adopted at a properly convened and meeting of the Board of Directors of October 31, 2017, in accordance with the bylaws of the Company.

3. Since their adoption and execution, the Resolutions have not been modified, rescinded or amended and are in full force and effect as of the date hereof, and the Resolutions are the only resolutions adopted by the Board of Directors relating to the authorization and ratification of all corporate actions taken in connection with the matters referred to therein.

[Signature page follows]

**IN WITNESS WHEREOF**, I have hereunto set my hand as of the date set forth above.

By: _____

Name: Eric R. Waller

Title:   Secretary

*[Signature Page to Certification of Secretary]*

**Resolution of the Board of Directors of**
**Armstrong Energy, Inc.**

**Dated as of October 31, 2017**

WHEREAS, the undersigned members of the board of directors (the "<u>Board</u>") of Armstrong Energy, Inc. (the "<u>Company</u>"), hereby take the following actions and adopt the following resolutions by written consent (this "<u>Consent</u>") pursuant to the organizational documents of the Company and the laws of the state of Delaware:

**Chapter 11 Filing**

WHEREAS, the Board has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company (including a consideration of its creditors and other parties in interest) that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "<u>Chapter 11 Case</u>") under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in a court of proper jurisdiction (the "<u>Bankruptcy Court</u>") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

RESOLVED, that the Chief Executive Officer, the Chief Restructuring Officer, the President, the General Counsel, the Chief Operating Officer, the Chief Financial Officer, any Senior Vice President, any Vice President, any Assistant Vice President, or any other duly appointed officer of the Company (collectively, the "<u>Authorized Signatories</u>"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**Restructuring Support Agreement**

WHEREAS, in connection with the Chapter 11 Case, the Company has engaged in good-faith negotiations with its senior noteholders regarding the terms of a comprehensive restructuring as set forth in that certain Restructuring Support Agreement by and among Armstrong Energy, Inc., Armstrong Air, LLC, Armstrong Coal Company, Inc., Armstrong Coal Sales, LLC, Armstrong Energy Holdings, Inc., Armstrong Logistics Services, LLC, Thoroughfare Mining, LLC,

Western Diamond LLC, Western Land Company, LLC, Knight Hawk Holdings, LLC, Rhino Resource Partners Holdings LLC, Thoroughbred Resources, L.P., and certain holders of the Armstrong Energy Inc.'s 11.75% senior secured notes due 2019, dated as of October 5, 2017 (as may be amended in accordance with its terms, the "Restructuring Support Agreement").

NOW, THEREFORE, BE IT,

RESOLVED, that the Authorized Signatories be, and they hereby are, authorized to take all actions (including, without limitation, to negotiate and execute any agreements, documents and certificates) necessary to enter into the Restructuring Support Agreement and to consummate the transactions contemplated thereby in connection with the Chapter 11 Case and that the Company's performance of its obligations under the Restructuring Support Agreement hereby is, in all respects, authorized and approved.

**Retention of Professionals**

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Armstrong Teasdale LLP ("AT") as local bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of AT.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm MAEVA Group, LLC ("MAEVA") as financial advisor to, among other things, assist the Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by the Board, creditors, or other third parties, as requested by the Company, evaluating the Company's capital structure, responding to issues related to the Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of the Company's assets; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of MAEVA.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm FTI Consulting, Inc. ("FTI"), as restructuring advisor to the Company to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to employ or retain the services of FTI.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. ("Donlin") as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Donlin.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

**Cash Collateral and Adequate Protection**

RESOLVED, that the Company will obtain benefits from (a) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition secured noteholders (collectively, the "Senior Secured Noteholders") party to that certain Indenture, dated as of December 21, 2012, by and among the Company, the Guarantors party thereto and Wells Fargo Bank, National Association, as trustee and collateral agent, as amended by that certain First Supplemental Indenture dated as of September 19, 2013, that certain Second Supplemental Indenture dated as of July 24, 2014, that certain Third Supplement Indenture dated as of August 14, 2014, and that certain Fourth Supplemental Indenture dated as of January 29, 2015, with Wells Fargo Bank, National Association as Trustee.

RESOLVED, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Company will provide certain adequate

3

protection to the Senior Secured Noteholders (the "Adequate Protection Obligations"), as documented in a proposed order in interim and final form (the "Cash Collateral Order") and submitted for approval to the Bankruptcy Court.

RESOLVED, that the form, terms, and provisions of the Cash Collateral Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Officers of the Company be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

RESOLVED, that the Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Cash Collateral Transactions"), including granting liens on its assets to secure such obligations.

**General**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board.

RESOLVED, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

* * * * *

**Fill in this information to identify the case:**

**Debtor name:** Armstrong Energy, Inc., et al.

**United States Bankruptcy Court for the:** Eastern District of Missouri

**Case number (if known):** 17-_____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis          12/15

A list of creditors holding the 50 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Joy Global Underground Mining, LLC 1748 South Main Street Henderson KY 42420 | Janet Houston or Shannon Kash SH-UND-USUGReceivables@joyglobal.com Tel: 270-827-2002 Fax: 270-827-5583 | Trade Vendor | ☐ C ☑ U ☐ D | | | $2,257,820.03 |
| 2 | Thoroughbred Resources, L.P. 3033 E. 1st Street, Suite 837 Denver CO 80206 | Charles R. Wesley, IV cwesley@thoroughbredlp.com Tel: 720-883-2966 | Royalty | ☐ C ☑ U ☐ D | | | $1,120,833.14 |
| 3 | Kenergy Corp. 6402 Old Corydon Road Henderson KY 42419-0018 | Julie Scott julie.gabhart@bigrivers.com Tel: 270-844-6132 | Trade Vendor | ☐ C ☑ U ☐ D | | | $989,068.96[1] |
| 4 | Whayne Supply Company 2420 E. Lynch Road Evansville IN 47711-2953 | J. Coomes cash_applications@whayne.com Tel: 270-853-8122 Fax: 812-422-1640 | Trade Vendor | ☐ C ☑ U ☐ D | | | $952,207.42 |
| 5 | UGM ADDCAR SYSTEMS, LLC No. 1 HWM Drive Ashland KY 41102 | Patricia Carter p.carter@addcarsystems.com Tel: 606-928-7239 | Trade Vendor | ☐ C ☑ U ☐ D | | | $836,345.08 |
| 6 | U.S. Dept of Labor/MSHA PO Box 790390 St. Louis MO 63179-0390 | AskMSHA@dol.gov Tel: 202 693-9400 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $834,404.00 |
| 7 | Mine Equipment & Mill Supply Company 4 N.W. 2nd Street, Second Floor Evansville IN 47708 | Andy Koors ar@midlandpowder.com Tel: 812-402-4070 Fax: 812-402-4077 | Trade Vendor | ☐ C ☑ U ☐ D | | | $783,791.49 |
| 8 | Jennmar Corporation 271 Gawthrop Road Winchester KY 40391 | Jeff Reeves Tel: 412-963-5308 Fax: 270-825-0495 | Trade Vendor | ☐ C ☑ U ☐ D | | | $697,620.98 |

[1] Kenergy Corp. currently holds a cash deposit that exceeds its unsecured claim.

Debtor  **Armstrong Energy, Inc., et al.**                                                    Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kentucky Dept of Revenue Kentucky Revenue Cabinet Frankfort KY 40620 | Tel: 502 564-3226 Fax: 502-564-5977 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $644,171.17 |
| 10 | Ohio County Sheriff PO Box 186 Hartford KY 42347 | Tel: 304 234-3688 Fax: 270-298-4440 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $643,795.10 |
| 11 | United Central Industrial Supply Co 1150 National Mine Drive Madisonville KY 42431 | Charlie Fuller AR@unitedcentral.net Tel: 270-821-6333 Fax: 270-825-0244 | Trade Vendor | ☐ C ☑ U ☐ D | | | $635,116.42 |
| 12 | KY Worker's Comp Funding Commission #42 Millcreek Park Frankfort KY 40602-1128 | Renee Haddix Renee.haddix@ky.gov Tel: 502-573-3505 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $445,030.40 |
| 13 | Thompson & Knight LLP One Arrts Plaza 1722 Routh St. Suite 1500 Dallas TX 75201-2533 | Ann Cowdrey AnnMarie.Cowdrey@tklaw.com Tel: 214 969-1221 | Professional Services | ☐ C ☑ U ☐ D | | | $442,165.19 |
| 14 | Ray Jones Trucking, Inc 3296 SR 181 South Greenville KY 42345 | Ray Jones teresagjones@comcast.net Tel: 270-338-2417 | Trade Vendor | ☐ C ☑ U ☐ D | | | $365,000.00 |
| 15 | S & L Industries, LLC 234 State Route 109 North Clay KY 42404 | Bob Sandaidge kstevens@sandlindustries.com Tel: 270-584-2244 Fax: 270-664-9610 | Trade Vendor | ☐ C ☑ U ☐ D | | | $268,157.75 |
| 16 | Kentucky Utilities Corporation PO Box 9001954 Louisville KY 40290-1954 | Dot O'Brien Dorothy.Obrien@LGE-KU.com Tel: 800-981-0600 | Trade Vendor | ☐ C ☑ U ☐ D | | | $237,763.80 |
| 17 | Overland Conveying Systems LLC PO Box 434 Madisonville KY 42431 | Jerry Markham jerry@overlandconveying.com Tel: 270-853-7609 Fax: 270-326-5149 | Trade Vendor | ☐ C ☑ U ☐ D | | | $191,625.64 |
| 18 | Muhlenberg County Sheriff PO Box 227 Greenville KY 42345 | Co.sheriff@muhlom.com Tel: 270 338-3345 Fax: 270-338-0766 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $180,338.22 |
| 19 | WC Hydraulics, LLC 172 Philpot Lane Beaver WV 25813 | Michael Sanders CFO wcar@wc-hydraulics.com Tel: 304-255-2208 Fax: 304-255-2252 | Trade Vendor | ☐ C ☑ U ☐ D | | | $159,027.95 |
| 20 | Internal Revenue Service Internal Revenue Service Cincinnati OH 45999-0009 | Tel: 314 339-1950 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $151,051.34 |

Debtor **Armstrong Energy, Inc., et al.**                                   Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Rogers Group, Inc. 10234 Hopkinsville Rd Princeton KY 42445 | Tish Kasbaum tish.kasbaum@rogersgroupinc.com Tel: 270-886-3344 | Trade Vendor | ☐ C ☑ U ☐ D | | | $148,153.87 |
| 22 | American Land Holdings of Kentucky, LLC 701 Market Street, Suite 775 St. Louis MO 63101 | Tony Kazda Tkazda@peabodyenergy.com Tel: 314 342-3400 | Royalty | ☐ C ☑ U ☐ D | | | $147,227.00 |
| 23 | Heritage Petroleum, LLC 516 North 7th Avenue Evansville IN 47719 | Brian Smith Tel: 812-422-3251 Fax: 812-422-3291 | Trade Vendor | ☐ C ☑ U ☐ D | | | $132,424.30 |
| 24 | Blair Tire Inc 1300 Hwy 15 Isom KY 41824 | Sam Harris blairtiresales@centurylink.net Tel: 606-634-6463 | Trade Vendor | ☐ C ☑ U ☐ D | | | $129,363.54 |
| 25 | Conn-Weld Industries Inc PO Box 5329 Princeton WV 24740-5329 | James D. Connolly Tel: 304-487-1421 Fax: 304-487-3761 | Trade Vendor | ☐ C ☑ U ☐ D | | | $119,063.02 |
| 26 | Wabash Marine, Inc. PO Box 287 Sturgis KY 42459 | Tom Mooseberger wabmar@yahoo.com Tel: 270-333-4777 Fax: 270-517-3261 | Trade Vendor | ☐ C ☑ U ☐ D | | | $106,000.00 |
| 27 | Ruby Concrete Company 134 North Dempsey Street Madisonville KY 42431 | Stacey Waide stacyw@rubyconcrete.com Tel: 270-821-3870 Fax: 370-821-3873 | Trade Vendor | ☐ C ☑ U ☐ D | | | $92,923.80 |
| 28 | The Brennan Group 12221 Big Bend Road St. Louis MO 63112 | John Standbrook jstandbrook@thebrennangroup.com Tel: 314-966-2800, ext 13 Fax: 314-821-7913 | Professional Services | ☐ C ☑ U ☐ D | | | $85,635.90 |
| 29 | Kentucky State Treasurer Kentucky Department of Revenue Frankfort KY 40620 | Danny Hall Danny.Hall@KY.gov Tel: 502 564-4722 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $83,771.55 |
| 30 | Brian's Battery, LLC 86 Ephie Drive Coldiron KY 40819 | Brian Mass (Owner) bbsbattery@yahoo.com Tel: 606-664-3080 | Trade Vendor | ☐ C ☑ U ☐ D | | | $82,425.08 |
| 31 | Associated Engineers, Inc. 2740 North Main Street Madisonville KY 42431 | David Lamb Tel: 270-821-7732 Fax: 270-821-7789 | Trade Vendor | ☐ C ☑ U ☐ D | | | $81,570.14 |
| 32 | Office of Surface Mining PO Box 979068 St. Louis MO 63197-9000 | ctorrez@osmre.gov Tel: 800-799-4265 ext 286 | Taxing Authorities | ☐ C ☑ U ☐ D | | | $77,079.78 |

Debtor  **Armstrong Energy, Inc., et al.**                                          Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | Royal Brass & Hose, Inc. 2856 Anton Road Madisonville KY 42431 | Kevin Clayton e.wil@royalbrassandhose.com Tel: 270-821-8150 Fax: 270-825-0822 | Trade Vendor | ☐ C ☑ U ☐ D | | | $75,370.81 |
| 34 | Western Kentucky Royalty Trust PO Box 2042 Henderson KY 42419-2042 | Sam Francis samuelsfrancis@aol.com Tel: 775-741-9310 | Royalty | ☐ C ☑ U ☐ D | | | $74,977.99 |
| 35 | Madisonville Tire & Retreading Inc. PO Box 1593 Madisonville KY 42431 | Dewayne Burns linda@madisonvilletire.com Tel: 270-821-2954 Fax: 270-824-3005 | Trade Vendor | ☐ C ☑ U ☐ D | | | $71,931.62 |
| 36 | Brandeis Machinery & Supply Company 1801 Watterson Trail Louisville KY 40232 | Lynette Drury lynette_drury@bramco.com Tel: 812-425-4491 Fax: 812-425-1171 | Trade Vendor | ☐ C ☑ U ☐ D | | | $71,784.63 |
| 37 | Smith Manus Surety Bonds 2307 River Road, Suite 200 Louisville KY 40206-5005 | Becky Reid breid@smithmanus.com Tel: 502-238-1220 | Trade Vendor | ☐ C ☑ U ☐ D | | | $68,540.92 |
| 38 | Star Mine Services, Inc PO Box 571 Madisonville KY 42431 | Lee Bowles or Bo Taylor regina@starmineservices.com Tel: 270-584-9029 | Trade Vendor | ☐ C ☑ U ☐ D | | | $66,303.76 |
| 39 | Woodruff Supply Company Inc 628 Lincoln Avenue Madisonville KY 42431 | Danny Dugger ddugger@woodruffsupply.biz Tel: 270-821-3247 Fax: 270-821-8926 | Trade Vendor | ☐ C ☑ U ☐ D | | | $64,887.63 |
| 40 | Solenis LLC Beaver Valley Road, Suite 500 Wilmington DE 19803 | William J. Levy (CFO) Lee.levere@cithronburg.com Tel: 866-337-1533 | Trade Vendor | ☐ C ☑ U ☐ D | | | $61,278.50 |
| 41 | Whitco Enterprises, Inc. PO Box 81 White Plains KY 42464 | Jeni Garrett jeni.garrett@yahoo.com Tel: 270-871-4566 Fax: 270-676-7073 | Trade Vendor | ☐ C ☑ U ☐ D | | | $60,000.00 |
| 42 | Douglas Sumner 12 River Hill Rd. Louisville KY 40207 | Douglas Sumner Tel: 502-753-4392 | Royalty | ☐ C ☑ U ☐ D | | | $55,125.73 |
| 43 | First-Line Fire Extinguisher Co 1333 N 8th St Paducah KY 42001-1032 | Barry Graziano barry@firstlinefire.com Tel: 270-554-3473 | Trade Vendor | ☐ C ☑ U ☐ D | | | $53,086.04 |
| 44 | Rogers Family PO Box 12969 Ft. Pierce FL 34979-2969 | James L. Rogers, III & Mary M. Rogers jlr@packerscitrus.com | Royalty | ☐ C ☑ U ☐ D | | | $52,812.00 |

Debtor  **Armstrong Energy, Inc., et al.**                                                                Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45 | SGS North America Inc 618 Bob Posey Street Henderson KY 42420 | Elliot Myers elliot.myers@sgs.com Tel: 270-827-1187 Fax: 270-826-0719 | Trade Vendor | ☐ C ☑ U ☐ D | | | $52,495.75 |
| 46 | Wallace Electrical Systems, LLC 2853 Ken Gray Blvd Ste 4 West Frankfort IL 62896 | David Wallace Dwallace@wallaceelectricalsystems.com Tel: 618-937-3440 | Trade Vendor | ☐ C ☑ U ☐ D | | | $52,029.04 |
| 47 | UniFirst Corporation 68 Jonspin Road Wilmington MA 01887 | Maryellen Butcher ar@unifirst.com Tel: 978-658-8888 Fax: 978-658-3277 | Trade Vendor | ☐ C ☑ U ☐ D | | | $49,179.95 |
| 48 | West Kentucky Pipe & Valve, Inc. 200 Pond River Colliers Road Madisonville KY 42431 | Misty Pollard misty@pollardandsons.com Tel: 270-824-8499 Fax: 270-821-6122 | Trade Vendor | ☐ C ☑ U ☐ D | | | $48,455.00 |
| 49 | Brake Supply Co., Inc. 5501 Foundation Blvd. Evansville IN 47725 | Barry Heichelbech (CFO) bheichelbech@brake.com Tel: 800-457-5788 Fax: 812-429-9425 | Trade Vendor | ☐ C ☑ U ☐ D | | | $47,802.73 |
| 50 | Special Mine Services, Inc. 2180 HWY 70 West Central City KY 42330 | Ernie Bullock erniebullock39@yahoo.com Tel: 270-754-9911 Fax: 270-754-9894 | Trade Vendor | ☐ C ☑ U ☐ D | | | $46,361.27 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ARMSTRONG ENERGY, INC., | ) Case No. 17-_____(___) |
| | ) |
| Debtor. | ) |
| | ) |

**LIST OF EQUITY SECURITY HOLDERS**[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Armstrong Energy, Inc. | Rhino Resources Partners Holdings LLC | Attn:  Vivian Hummler, Yorktown Partners, LLC, 410 Park Avenue 19th Floor New York, NY 10022 | 96.80% |
| Armstrong Energy, Inc. | James H. Brandi | Address on file | 0.74% |
| Armstrong Energy, Inc. | J. Hord Armstrong, III Trust Dated June 13, 1994 | Address on file | 0.68% |
| Armstrong Energy, Inc. | The Martin D. & Carole J. Wilson Living Trust Dated 09/27/2013 | Address on file | 0.57% |
| Armstrong Energy, Inc. | LucyB Trust | Address on file | 0.18% |
| Armstrong Energy, Inc. | [Lorenzo/]Danielle Weisman | Address on file | 0.17% |
| Armstrong Energy, Inc. | John G. Brim | Address on file | 0.17% |
| Armstrong Energy, Inc. | Franklin W. Hobbs, IV | Address on file | 0.16% |
| Armstrong Energy, Inc. | Hutchinson Brothers, LLC | 111 N. 54th Street Omaha, NE  68132 | 0.08% |
| Armstrong Energy, Inc. | John H. Stites, III | Address on file | 0.07% |
| Armstrong Energy, Inc. | J. Richard Gist | Address on file | 0.05% |
| Armstrong Energy, Inc. | David Cobb | Address on file | 0.05% |
| Armstrong Energy, Inc. | Kenny Allen | Address on file | 0.05% |
| Armstrong Energy, Inc. | Brian Landry | Address on file | 0.05% |
| Armstrong Energy, Inc. | James C. Crain | Address on file | 0.05% |
| Armstrong Energy, Inc. | Richard F. Ford | Address on file | 0.05% |
| Armstrong Energy, Inc. | Greg A. Walker | Address on file | 0.05% |
| Armstrong Energy, Inc. | Adam Anderson | Address on file | 0.02% |
| Armstrong Energy, Inc. | Jeff Winnick | Address on file | 0.02% |

---

[1]  This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.   All equity positions listed are as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ARMSTRONG ENERGY, INC., | ) | Case No. 17-_____(___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Rhino Resources Partners Holdings LLC | 96.80% |

Fill in this information to identify the case and this filing:

Debtor Name       Armstrong Energy, Inc.

United States Bankruptcy Court for the:       Eastern District of Missouri

                                                              (State)

Case number (If known):

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    Other document that requires a declaration    <u>List of Equity Security Holders, Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

                               ☒ /s/ **J. Hord Armstrong, III**

<u>10/31/2017</u>

MM/ DD/YYYY                     Signature of individual signing on behalf of debtor

                                        **J. Hord Armstrong, III**

                                         Printed name

                                         **Authorized Signatory**

                                         Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARMSTRONG ENERGY, INC., *et al.*,[1] | ) | Case No. 17-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

<u>**VERIFICATION OF CREDITOR MATRIX**</u>

      The above named debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby certify under penalty of perjury that the attached list containing the names and addresses of the creditors (Matrix), consisting of approximately 300 pages and is true, correct and complete.

Executed on

|  |  |
|---|---|
| | ☒ */s/ J. Hord Armstrong, III* |
| **10/31/2017** | |
| MM/ DD/YYYY | Signature of individual signing on behalf of the debtors |
| | **J. Hord Armstrong, III** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821).  The location of the Debtors' service address is:  7733 Forsyth Boulevard, Suite 1625, St. Louis, Missouri 63105.