# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-47541(659) |
| | ) Chapter 11 |
| Armstrong Energy, Inc., *et al.*, | ) |
| | ) (Joint Administration Requested) |
| Debtors.[1] | ) |
| | ) Hearing Date:  November 2, 2017 |
| | ) Hearing Time: 1:15 p.m. (Central Time) |
| | ) Hearing Location: Courtroom 7 North |

## APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(A) AND 329(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A) AND 2016(B), AND LOCAL BANKRUPTCY RULES 2014(A) AND 2016-1, FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ARMSTRONG TEASDALE LLP AS CO-RESTRUCTURING COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

Armstrong Energy, Inc. ("Armstrong Energy") and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby move this Court, pursuant to sections 327(a) and 329(a) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014(A) and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Missouri (the "Local Bankruptcy Rules"),[2] for an order[3] authorizing them to retain and employ Armstrong Teasdale LLP ("Armstrong Teasdale")

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821).  The location of the Debtors' service address is:  7733 Forsyth Boulevard, Suite 1625, St. Louis, Missouri 63105.

[2]   This Application is also generally consistent with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "United States Trustee Guidelines").

[3]   A copy of the Proposed Order will be provided to the Notice Parties (as defined below) and made available on the Debtors' case information website at https://www.donlinrecano.com/armstrong.

as co-restructuring counsel in these chapter 11 cases, effective *Nunc Pro Tunc* to the Petition Date,[4] and in support thereof respectfully represent as follows:

## Jurisdiction and Venue

1.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri.   This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      The Debtors and their non-Debtor affiliates (together, the "Company") produce thermal coal from surface and underground mines located in the Illinois Basin coal region in western Kentucky.  The Company operates five mines, including three surface mines and two underground mines located in Muhlenberg and Ohio Counties, Kentucky.  The Company markets coal primarily to electric utility companies.  The Company is headquartered in St. Louis, Missouri.

3.      On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Concurrently with the filing of this Motion, the Debtors filed a motion requesting procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

---

[4]      Retention *Nunc Pro Tunc* to the Petition Date is appropriate because Armstrong Teasdale has provided services to the Debtors in these chapter 11 cases from and after the Petition Date.

4.      A comprehensive description of the Debtors' businesses and operations, capital structure and the events leading to the commencement of these chapter 11 cases can be found in the *Declaration of Alan Boyko of Armstrong Energy, Inc. In Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), which was filed contemporaneously herewith and is incorporated herein by reference.

5.      In support of this Application, the Debtors submit (a) the Declaration of Eric R. Waller of Armstrong Energy, Inc. (the "Waller Declaration"), a copy of which is attached hereto as Exhibit A; (b) the Declaration of Richard W. Engel, Jr., a partner of Armstrong Teasdale (the "Engel Declaration"), a copy of which is attached hereto as Exhibit B; and (c) Armstrong Teasdale's Disclosure of Compensation (the "Disclosure of Compensation"), a copy of which is attached hereto as Exhibit C.

6.      No trustee, examiner or official committee of unsecured creditors has been appointed in these Chapter 11 Cases. No date has been set for a meeting pursuant to Section 341 of the Bankruptcy Code.

### Basis for Relief

*Armstrong Teasdale's Qualifications*

7.      Armstrong Teasdale is well qualified to serve as the Debtors' local restructuring counsel in these chapter 11 cases.  Armstrong Teasdale is one of the leading commercial law firms in the Midwest and serves a dynamic national and international client base. Armstrong Teasdale has substantial experience in virtually all aspects of the law that may potentially arise in these chapter 11 cases, including bankruptcy, environmental, corporate, international, employee benefits, finance, intellectual property, labor and employment, litigation, mergers and acquisitions, real estate, securities, and tax.

8.      Armstrong Teasdale's restructuring practice group consists of approximately 20 attorneys practicing in offices in Missouri, Illinois, Kansas, Colorado, and Nevada.  Armstrong Teasdale's restructuring lawyers have played, or are presently playing, significant roles in a wide array of chapter 11 cases including, but not limited to, those of Peabody Energy Corporation; Patriot Coal Corp.; Abengoa Bioenergy US Holding, LLC; Abengoa Bioenergy Biomass of Kansas, LLC; Global Computer Enterprises Inc.; Enviro-Safe Refrigeration, Inc.; US Fidelis Inc.; Smurfit-Stone Container Corp.; National Steel; Thermadyne Holdings Corporation; Digital Teleport; Galaxy Cable; Bridge Information Systems, Inc.; Payless ShoeSource, Inc.; Transworld Airlines; lendnetwork.com; and Wehrenberg Inc.

9.      Armstrong Teasdale is also familiar with the Debtors' businesses and financial affairs, and will contribute greatly as co-restructuring counsel to aid in the efficient administration of the Debtors' estates.

### Services to Be Provided by Armstrong Teasdale

10.      The employment of Armstrong Teasdale as the Debtors' co-restructuring counsel is appropriate and necessary to enable the Debtors to fulfill their duties as debtors and debtors in possession and to preserve and maximize the value of the Debtors' estates for all stakeholders.  The Debtors propose to retain Armstrong Teasdale for these chapter 11 cases on the terms of this application and the parties' engagement letter, dated as of September 7, 2017 (the "Engagement Letter"), a copy of which is attached hereto as Exhibit D.[5]  The Engagement Letter describes, among other things:  (a) the services that Armstrong Teasdale anticipates performing for the Debtors; and (b) the terms and conditions of Armstrong Teasdale's proposed engagement by the Debtors.

---

[5]      Any references to, or descriptions of, the Engagement Letter herein are qualified by the express terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the description provided herein.

11.    The Debtors anticipate that Armstrong Teasdale will render various legal services to the Debtors as needed throughout the course of these chapter 11 cases.  In particular, the Debtors anticipate that Armstrong Teasdale will perform, among others, the following legal services:

(a)    providing legal advice with respect to the Company's powers and duties as debtors-in-possession in the continued operation of its business and management of its properties;

(b)    attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

(c)    taking necessary action to protect and preserve the Company's estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

(d)    preparing and prosecuting on behalf of the Company's motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

(e)    advising and assisting the Company with respect to restructuring alternatives, including preparing and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure statement;

(f)    appearing in Court and protecting the interests of the Company before the Court; and

(g)    performing all other legal services for the Company which may be necessary and proper in these cases.

12.    The Debtors require knowledgeable counsel to render these essential professional services.  Armstrong Teasdale has substantial expertise in all of these areas.  Accordingly, the Debtors respectfully submit that Armstrong Teasdale is well qualified to perform these services and represent the Debtors' interests in these chapter 11 cases.

13.    The Debtors have applied to retain Kirkland & Ellis LLP ("Kirkland & Ellis") as lead restructuring counsel.  Armstrong Teasdale will work closely with Kirkland & Ellis, the Debtors and the Debtors' other retained professionals to clearly delineate each professional's respective duties and to prevent unnecessary duplication of services whenever possible.  Either Kirkland & Ellis or another firm will represent the Debtors in connection with any matter in which Armstrong Teasdale cannot represent the Debtors because of an actual or potential conflict of interest.

***Compensation and Fee Applications***

14.    Pursuant to the terms of the Engagement Letter, and subject to the Court's approval of this application, Armstrong Teasdale intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[6]

---

[6]    The hourly rates charged by Armstrong Teasdale professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident.  Armstrong Teasdale does not adjust the billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

15.     Armstrong Teasdale will be compensated at its standard hourly rates, which are based on the professionals' level of experience.  At present, the standard hourly rates charged by Armstrong Teasdale range as follows:

| BILLING CATEGORY | U.S. RANGE |
|---|---|
| Partners | $335 - $660 |
| Of Counsel | $300 - $575 |
| Associates | $225 - $405 |
| Paralegals | $110 - $305 |
| Law Clerks | $200 - $235 |

16.     The names, positions, resident offices and current hourly rates of those Armstrong Teasdale lawyers currently expected to spend significant time on these chapter 11 cases are attached as <u>Schedule 3</u> to the Engel Declaration.  Armstrong Teasdale's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of the scope and complexity similar to these chapter 11 cases.  Further, Armstrong Teasdale bankruptcy professionals are subject to the same client-driven market forces, scrutiny and accountability as its professionals in non-bankruptcy engagements.  For all of these reasons, Armstrong Teasdale's rates are reasonable and favorable to the Debtors' estates.[7]

17.     Armstrong Teasdale will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the

---

[7]     Like many of its peer law firms, Armstrong Teasdale increases the hourly billing rate of attorneys and paraprofessionals periodically in the form of step increases in the ordinary course on the basis of advancing seniority and promotion.  The step increases do not constitute "rate increases" (as the term is used in the United States Trustee Guidelines).

Court in these chapter 11 cases.[8]  Armstrong Teasdale contemplates using the following billing

categories, which substantially conform to those categories set forth at section 8(b) of the United

States Trustee Guidelines:[9]

| CATEGORY | DESCRIPTION |
|---|---|
| Asset Analysis and Recovery | Includes the identification and review of potential assets, including causes of action belonging to the Debtors' estates and other non-litigation recoveries. |
| Asset Disposition | Includes transactions related to the sale, lease, abandonment or other disposition of the Debtors' assets. |
| Assumption and Rejection of Leases and Contracts | Includes (a) contract and lease analysis, (b) matters relating to assumption, assumption and assignment, rejection or recharacterization of executory contracts and unexpired leases, and (c) the preparation of Court filings related to the foregoing. |
| Avoidance Action Analysis | Includes the review of potential avoidance actions under sections 544, 545, 546, 547, 548 and 549 of the Bankruptcy Code to determine whether such actions are warranted. |
| Business Operations | Includes matters related to the Debtors' operations that do not fit within another, more specific matter description, including, but not limited to, issues related to (a) vendors/sourcing, (b) customers, (c) interaction with governmental entities and regulatory agencies, (d) lessor/lessee matters, (e) utilities, (f) insurance/surety matters, and (g) internal management, processes and controls. |
| Case Administration | Includes (a) general case administration services, (b) maintenance of case docket and calendar, (c) filing and circulation of papers, and (d) preparation and review of other reports, notices and service lists. |
| Claims Administration and Objections | Includes (a) bar date matters, (b) claims objections and related contested matters, and (c) other claims administration activities. |
| Corporate Governance and | Includes (a) preparation for and attendance at meetings of the Debtors' board of directors, (b) analysis and advice regarding all transactional, corporate governance and related matters unrelated to the plan of |

[8]      In applying to the Court for payment of compensation and reimbursement of expenses, Armstrong Teasdale will also make reasonable efforts to comply with the United States Trustee Guidelines.

[9]      Armstrong Teasdale may, in its discretion and in consultation with the Debtors, determine to create separate sub-billing categories for certain discrete projects undertaken during these chapter 11 cases.

| CATEGORY | DESCRIPTION |
|---|---|
| Board Matters | reorganization or disclosure statement process, and (c) matters related to requests for the appointment of a trustee or examiner. |
| Court Hearings | Includes preparation for and attendance at court hearings. |
| Employee Matters | Includes (a) employee compensation and retiree benefits issues, (b) other employee relations matters, and (c) ERISA matters. |
| Environmental Matters | Includes matters related to (a) compliance with environmental laws and regulations and (b) research or reporting related to the foregoing. |
| Employment and Fee Applications | Includes (a) preparation of Armstrong Teasdale fee applications and the preparation of monthly invoices, (b) preparation of fee applications for other professionals, and (c) preparation and/or prosecution of Court filings establishing procedures governing professional retention and compensation. |
| Employment and Fee Application Objections | Includes the review of, and objections to, the employment and fee applications of other professionals. |
| Financing and Cash Collateral | Includes (a) negotiation and documentation of debtor in possession financing and post-confirmation financing, (b) cash collateral issues, (c) analysis of loan documents, and (d) related services. |
| Litigation and Adversary Proceedings | Includes all litigation and adversary proceedings (i.e., actions initiated by a complaint in the Bankruptcy Court), such as avoidable transfer litigation, as well as related pre-litigation matters and all other contested matters that do not fit within another, more specific matter description. |
| Meetings | Includes preparation for, and attendance at, (a) meetings with official committees appointed in the Debtors' chapter 11 cases that do not fit within another, more specific matter description, (b) the section 341 meeting and committee formation meetings, (c) meetings with the Debtors or the Debtors' other professionals (including co-counsel), (d) meetings with individual creditors, and (e) meetings with all other interested parties. |
| Non-Working Travel | Includes all non-working travel time. |
| Plan and Disclosure Statement | Includes (a) the formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, confirmation orders and related orders and corporate documentation, (b) research relating thereto, (c) matters related to exclusivity, and (d) disbursement and case closing activities. |

| CATEGORY | DESCRIPTION |
|---|---|
| Real Estate | Review and analysis of real estate matters that do not fit within another, more specific matter description. |
| Relief from Stay and Adequate Protection | Includes matters related to (a) the continuation, extension, modification, scope or termination of the automatic stay under section 362 of the Bankruptcy Code, (b) adequate protection under section 361 of the Bankruptcy Code, and (c) the effect of the automatic stay on pending matters. |
| Reporting | Includes (a) preparation of (i) schedules of assets and liabilities (and amendments thereto), (ii) statements of financial affairs (and amendments thereto), (iii) periodic operating reports and (iv) other accounting or reporting activities and (b) communications with the Office of the United States Trustee for the Eastern District of Missouri (the "United States Trustee") not within the scope of other matter numbers. |
| Tax | Includes (a) all federal and state income, property, employment, excise and other tax matters and (b) the preparation of related tax returns. |
| Write-Offs | Write-off of fees and disbursements relating to services rendered in Debtor's chapter 11 case. |

18.     Furthermore, Armstrong Teasdale contemplates using the following expense categories:  (a) copies; (b) outside printing; (c) telephone; (d) facsimile; (e) online research;  (f) delivery services/couriers;  (g)  postage;  (h)  out-of-town  travel  (including subcategories for transportation, hotel, meals, ground transportation, and other); (i) meals (local); (j) court fees; (k) subpoena fees; (l) witness fees; (m) deposition transcripts; (n) trial transcripts; (o)  trial  exhibits;  (p)  litigation  support  vendors;  (q)  experts;  (r)  investigators; (s) arbitrators/mediators; and (t) other.

19.     Armstrong Teasdale will consult with the United States Trustee regarding suggested alterations to these categories, and will seek to coordinate the consistent use of these categories  among  professionals  required  to  file  applications  for  payment  of  fees  and

reimbursement of expenses in these cases. In addition, Armstrong Teasdale understands that interim and final fee awards are subject to approval by this Court.

### Disclosure Concerning Disinterestedness

20.     The Engel Declaration, incorporated herein by reference, discloses Armstrong Teasdale's connections to the Debtors and parties in interest in these cases. In reliance on the Engel Declaration, and except as set forth therein, the Debtors believe that: (a) Armstrong Teasdale has no connection with the Debtors, their affiliates, their creditors, the United States Trustee, any person employed in the office of the United States Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants; (b) Armstrong Teasdale is not a creditor, equity security holder or insider of the Debtors; (c) none of Armstrong Teasdale's lawyers is, or was within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Armstrong Teasdale neither holds nor represents an interest materially adverse to the Debtors or their respective estates. Accordingly, the Debtors believe that Armstrong Teasdale is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

21.     In the event that Armstrong Teasdale's representation of the Debtors in connection with any matter in these chapter 11 cases would result in it becoming adverse to a party in interest that gives rise to a professional conflict, the Debtors shall retain separate counsel to represent their interests with respect to such matter against such party.

### Professional Compensation

22.     On September 11, 2017, the Debtors provided Armstrong Teasdale with an advance payment of $100,000 to establish a retainer (the "Retainer") for professional services to be rendered and services to be incurred by Armstrong Teasdale LLP. Subsequent thereto, Armstrong Teasdale issued invoices to the Debtors reflecting subsequent fees and expenses up to

September 30, 2017, which on or about Armstrong Teasdale received $43,043.11 to replenish the Retainer. As of the Petition Date, the balance of the Retainer was approximately $100,000.00, less fees and costs incurred and unpaid in the month prior to the Petition Date.

23. During the year preceding the Petition Date, Armstrong Teasdale received payments from the Debtors, including the Retainer and replenishments thereof, totaling $188,923 (collectively, the "Prepetition Payments"). The Prepetition Payments reflect the payment of (a) certain actual fees and expenses through September 30, 2017 and (b) unbilled, anticipated and/or estimated fees and expenses through the Petition Date.

24. Armstrong Teasdale has informed the Debtors that, as promptly as practicable after all fees and charges accrued prior to the Petition Date have finally been posted within the Firm's computerized billing system, Armstrong Teasdale will issue a final detailed billing statement for any fees, charges and disbursements for the period prior to the Petition Date (the "Final Prepetition Bill"). If the Prepetition Payments exceed Armstrong Teasdale's actual fees and expenses for the applicable invoice period (as set forth on the Final Prepetition Bill), Armstrong Teasdale will (a) reconcile the Final Prepetition Bill with the Retainer to pay its prepetition invoices and (b) any excess amount will continue to be held in the Retainer. If the Prepetition Payments are less than Armstrong Teasdale's actual fees and expenses for the applicable invoice period (as set forth on the Final Prepetition Bill), then, subject to any orders of the Court, Armstrong Teasdale will (a) reconcile the Final Prepetition Bill with the Retainer to pay its prepetition invoices (to the extent funds are available in the Retainer) and (b) write off any fees and expenses set forth in the Final Prepetition Bill in excess of the amount of the Retainer. Armstrong Teasdale expects to: (a) complete its reconciliation of prepetition fees and expenses actually incurred through the Petition Date no later than the filing of its first interim fee

application in these cases; (b) make a corresponding adjustment to the amount of the Retainer on or about that date; and (c) disclose such adjustment in its first interim fee application. Upon the conclusion of Armstrong Teasdale's representation of the Debtors (or as otherwise directed by the Court), Armstrong Teasdale will apply any remaining portion of the Retainer against any unpaid fees or unreimbursed disbursements, with any unapplied portion of the Retainer to be promptly returned to the Debtors.

## **Basis for Relief Requested**

25.　　Under section 327(a) of the Bankruptcy Code, a debtor in possession is authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor in possession] in carrying out [its] duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).[10] Section 1107(b) of the Bankruptcy Code elaborates upon sections 101(14) and 327(a) of the Bankruptcy Code in cases under chapter 11 of the Bankruptcy Code and provides that "a person is not disqualified for employment under section 327 of [the Bankruptcy Code] by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).

---

[10]　　Section 101(14) of the Bankruptcy Code defines the phrase "disinterested person" as:

a person that –

(A)　　is not a creditor, an equity security holder, or an insider;

(B)　　is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

(C)　　does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. § 101(14).

26.     As required by Section 329(a) of the Bankruptcy Code,[11] Bankruptcy Rule 2014(a)[12] and Local Bankruptcy Rules 2014(A)[13] and 2016-1,[14] the above-described facts set forth in the application and the information in the Exhibits attached hereto set forth:  (a) the specific facts showing the necessity for Armstrong Teasdale's employment; (b) the reasons for the Debtors' selection of Armstrong Teasdale as their counsel in connection with these chapter 11 cases; (c) the professional services proposed to be provided by Armstrong Teasdale; (d) the

---

[11]    Section 329(a) of the Bankruptcy Code provides as follows:

> Any attorney representing a debtor in a case under this title, or in connection with such a case, whether or not such attorney applies for compensation under this title, shall file with the court a statement of the compensation paid or agreed to be paid, if such payment or agreement was made after one year before the date of the filing of the petition, for services rendered or to be rendered in contemplation of or in connection with the case by such attorney, and the source of such compensation.

11 U.S.C. § 329(a).  This information is set forth in the Engel Declaration attached hereto as Exhibit B.

[12]    Bankruptcy Rule 2014(a) provides that an application seeking the employment of professional persons pursuant to section 327 of the Bankruptcy Code:

> shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014(a).

[13]    Local Bankruptcy Rule 2014(A) requires a party seeking an order authorizing its retention in a chapter 11 case to meet the requirements of Bankruptcy Rule 2014.  The application must disclose any prepetition retainer arrangement and shall be served on:  (a) all entities filing a request for notice; (b) other counsel of record;  (c)  the case trustee;  (d)  the United States Trustee;  and  (e)  any committees. Local R. Bankr. P. 2014(A).

[14]    Local Bankruptcy Rule 2016-1(A) provides, inter alia, that "[p]ursuant to Bankruptcy Code § 329 and Fed. R. Bankr. P. 2016(b), an attorney representing a debtor in a case under any chapter shall file with the petition a statement disclosing compensation paid or agreed to be paid to such attorney for services in contemplation of or in connection with the case.  Counsel shall serve the disclosure on the Trustee and United States Trustee . . . .  Until a case is closed, a supplemental fee disclosure statement shall be filed and served as required in this Rule either no later than 14 days after any payment not previously disclosed in a properly filed Disclosure of Compensation for Attorney for Debtor pursuant to Fed. R. Bankr. P. 2016(b), or no later than 14 days after the agreement for such payment."  Local R. Bankr. P. 2016-1(A).

arrangement between the Debtors and Armstrong Teasdale with respect to Armstrong Teasdale's compensation, including information on retainers and hourly fees and the reasonableness thereof; and (e) to the best of the Debtors' knowledge, the extent of Armstrong Teasdale's connections, if any, to certain parties in interest in these matters.  Accordingly, Armstrong Teasdale's retention by the Debtors should be approved.

### Notice

27.     The Debtors will provide notice of this application to:  (a) the Office of the United States Trustee for the Eastern District of Missouri; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the indenture trustee under the Debtors' 11.75% senior secured notes due 2019; (d) counsel to the ad hoc group of holders of the Debtors' 11.75% senior secured notes due 2019; (e) the United States Attorney's Office for the Eastern District of Missouri; (f) the Internal Revenue Service; (g) the Environmental Protection Agency; (h) the office of the attorneys general for the states in which the Debtors operate; (i) the Securities and Exchange Commission; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

### No Prior Request

28.     No prior request for the relief sought in this application has been made to this or any other Court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order, substantially in the form submitted to the Court, granting the relief requested herein; and (ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated: November 1, 2017
        St. Louis, Missouri

Respectfully submitted,

Armstrong Energy, Inc., *et al*.,
Debtors and Debtors in Possession


/s/  *Alan Boyko*
Alan Boyko
Armstrong Energy, Inc.
Chief Restructuring Officer

Filed by:

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr., MO 34641
Erin M. Edelman, MO 67374
John G. Willard, MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

James H.M. Sprayregen, P.C.
Ross M. Kwasterniet, P.C. (*pro hac vice* pending)
William A. Guerrieri  (*pro hac vice* pending)
Travis M. Bayer (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
Email:  ross.kwasteniet@kirkland.com
Email:  will.guerrieri@kirkland.com
Email:  travis.bayer@kirkland.com

Jonathan S. Henes, P.C. (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email:  jonathan.henes@kirkland.com

*Proposed Counsel to the Debtors*

## Exhibit A

## Waller Declaration

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-47541-659 |
| | ) | Chapter 11 |
| Armstrong Energy, Inc., *et al.*, | ) | |
| | ) | (Joint Administration Requested) |
| Debtors.[1] | ) | |
| | ) | Hearing Date:  November 2, 2017 |
| | ) | Hearing Time: 1:15 p.m. (Central Time) |
| | ) | Hearing Location: Courtroom 7 North |

## <u>DECLARATION OF ERIC R. WALLER</u>

Pursuant to Section D of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "<u>United States Trustee Guidelines</u>"), I, Eric R. Waller, hereby declare, under penalty of perjury, as follows:

1.      I am older than 21 years of age and suffer no legal disability.  I am competent to make this Declaration.

2.      My testimony herein is based upon my personal knowledge, unless stated otherwise.

3.      If called to testify, I could and would testify to the matters stated herein.

4.      I make this declaration under 28 U.S.C. § 1746 for all permissible purposes under applicable rules of evidence and procedure, in support of the Application of the Debtors Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821).  The location of the Debtors' service address is:  7733 Forsyth Boulevard, Suite 1625, St. Louis, Missouri 63105.

2016(b), and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Debtors to Retain and Employ Armstrong Teasdale LLP as Co-Restructuring Counsel, Effective *Nunc Pro Tunc* to the Petition Date (the "Application").[2]

5.      Although Armstrong Teasdale professionals assisted in the preparation of this declaration on my behalf, they did so according to my express instructions and using information provided by me and my staff specific to the Debtors' decision to retain Armstrong Teasdale as counsel in these chapter 11 cases.

6.      I am currently Vice President, General Counsel, and Secretary of Debtor Armstrong Energy, Inc. and its eight affiliated debtors and debtors in possession (collectively, the "Debtors").

7.      In my current capacity, I am familiar with all aspects of the Debtors' decision to retain and employ Armstrong Teasdale as counsel with respect to these chapter 11 cases.   In addition, I generally am responsible for, among other things, supervising outside counsel for all of the Debtors and monitoring and controlling legal costs.

**The Debtors' Selection of Armstrong Teasdale**

8.      Armstrong Teasdale is the proposed local restructuring counsel to the Debtors.   The process used by the Debtors to review and select their restructuring counsel involved an evaluation of potential counsels' expertise in relevant legal practice areas and in similar proceedings in this District and elsewhere.   After evaluating multiple candidates for local counsel, the Debtors retained Armstrong Teasdale due to Armstrong Teasdale's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy

---

[2]      This Declaration is also generally consistent with the United States Trustee Guidelines.

Code, and in areas of law closely aligned with the Debtors' goals and interests in these Chapter 11 cases.

9.     Given these facts, the Debtors determined that Armstrong Teasdale is well qualified to represent the Debtors in connection with these chapter 11 cases.

## Rate Structure

10.     The Debtors and Armstrong Teasdale agreed that Armstrong Teasdale's standard fees would apply to this engagement.  Having previously reviewed invoices from other comparable law firms and invoices submitted from Armstrong Teasdale, I can verify that the rates being charged by Armstrong Teasdale in connection with this representation are within the range typically charged by similar firms.

11.     The Debtors have approved a budget and staffing plan (the "Budget and Staffing Plan") for the first three months of these chapter 11 cases, recognizing that in the course of large chapter 11 cases like these, it is possible that there may be a number of unforeseen matters that will need to be addressed by the Debtors and Armstrong Teasdale leading to the incurrence of additional fees and expenses beyond those set forth in the Budget and Staffing Plan. As these chapter 11 cases continue to develop, the Debtors and Armstrong Teasdale will work together to revise the Budget and Staffing Plan as needed.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the invoices that Armstrong Teasdale regularly submits, and, together with Armstrong Teasdale, amend the Budget and Staffing Plan periodically as the case develops.

## **Cost Supervision**

12.    As they did prepetition, the Debtors will continue to closely supervise the fee and expense reimbursement process.  Armstrong Teasdale's fees and expenses will be subject to review, comment and objection (if warranted), and court approval pursuant to interim compensation procedures that provide for the interim allowance and payment of fees and expenses during the course of these chapter 11 cases.  It is my understanding that Armstrong Teasdale's fees and expenses will be subject to review on a monthly, interim and final basis during the course of these chapter 11 cases by the U.S. Trustee, any official committee and the Court, as well as by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2017

/s/   *Eric R. Waller*
Eric R. Waller
Armstrong Energy, Inc.
Vice President, General Counsel and Secretary

## Exhibit B

**Engel Declaration**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-47541-659 |
| | ) | Chapter 11 |
| Armstrong Energy, Inc., *et al.*, | ) | |
| | ) | (Joint Administration Requested) |
| Debtors.[1] | ) | |
| | ) | Hearing Date:  November 2, 2017 |
| | ) | Hearing Time: 1:15 p.m. (Central Time) |
| | ) | Hearing Location: Courtroom 7 North |

## DECLARATION OF RICHARD W. ENGEL, JR.

Pursuant to Bankruptcy Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014(A) and 2016-1 of the Local Rules of Procedure of the United States Bankruptcy Court for the Eastern District of Missouri (the "Local Bankruptcy Rules"),[2] I, Richard W. Engel, Jr., declare:

1.     I am an attorney at law admitted and in good standing to practice in the State of Missouri, the State of Illinois, the United States District Court for the Eastern District of Missouri, the United States District Court for the Western District of Missouri, the United States District Court for the Southern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District Court for the Northern District of Illinois.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821).  The location of the Debtors' service address is:  7733 Forsyth Boulevard, Suite 1625, St. Louis, Missouri 63105.

[2]     This Declaration is also generally consistent with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "United States Trustee Guidelines").

2.      I am a partner of the law firm of Armstrong Teasdale LLP ("Armstrong Teasdale") and am duly authorized to make this Declaration on behalf of Armstrong Teasdale.  I make this Declaration in support of the Application of the Debtors Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Bankruptcy Rules 2014(A) and 2016-1, for an Order Authorizing Debtors to Retain and Employ Armstrong Teasdale LLP as Co-Restructuring Counsel, Effective *Nunc Pro Tunc* to the Petition Date (the "Application").[3]

3.      The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

### Armstrong Teasdale's Qualifications

4.      Armstrong Teasdale is well qualified to serve as the Debtors' counsel in these chapter 11 cases.  Armstrong Teasdale is one of the leading commercial law firms in the Midwest, and serves a dynamic national and international client base.  Armstrong Teasdale has substantial experience in virtually all aspects of the law that may potentially arise in these chapter 11 cases, including bankruptcy, environmental, corporate, international, employee benefits, finance, intellectual property, labor and employment, litigation, mergers and acquisitions, real estate, securities and tax.

5.      Armstrong Teasdale's restructuring practice group consists of approximately 20 attorneys practicing in offices in Missouri, Illinois, Kansas, Colorado, and Nevada.  Armstrong Teasdale's restructuring lawyers have played significant roles in a wide array of chapter 11 cases, including, but not limited to, those of Peabody Energy Corporation; Patriot Coal Corp.; Abengoa Bioenergy US Holding, LLC; Abengoa Bioenergy Biomass of Kansas,

---

[3]      Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

LLC; Global Computer Enterprises Inc.; Enviro-Safe Refrigeration, Inc.; US Fidelis Inc.; Smurfit-Stone Container Corp.; National Steel; Thermadyne Holdings Corporation; Digital Teleport; Galaxy Cable; Bridge Information Systems, Inc.; Payless ShoeSource, Inc.; Transworld Airlines; lendnetwork.com; and Wehrenberg Inc.

6.     Armstrong Teasdale is also familiar with the Debtors' businesses and financial affairs, and will contribute greatly as local restructuring counsel to aid in the efficient administration of the Debtors' estates.  Armstrong Teasdale's professionals have become well acquainted with the Debtors' history, business operations, capital and corporate structure and related matters.   Accordingly, Armstrong Teasdale has developed substantial knowledge regarding the Debtors that will result in effective and efficient services in these chapter 11 cases.

## Services to Be Provided by Armstrong Teasdale

7.     The Debtors have requested that Armstrong Teasdale render, to the extent necessary, the following legal services in connection with these chapter 11 cases:

> (a)     providing legal advice with respect to the Company's powers and duties as debtors-in-possession in the continued operation of its business and management of its properties;

> (b)     attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

> (c)     taking necessary action to protect and preserve the Company's estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

> (d)     preparing and prosecuting on behalf of the Company's motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

> (e)     advising and assisting the Company with respect to restructuring alternatives, including preparing and pursuing confirmation of a

chapter 11 plan, including preparing and seeking approval of a disclosure statement;

(f)    appearing in Court and protecting the interests of the Company before the Court; and

(g)    performing all other legal services for the Company which may be necessary and proper in these cases.

### Compensation and Fee Applications

8.    Pursuant to the terms of the Engagement Letter, and subject to the Court's approval of the Application, Armstrong Teasdale intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[4]

9.    Armstrong Teasdale will be compensated at its standard hourly rates, which are based on the professionals' level of experience.  At present, the standard hourly rates charged by Armstrong Teasdale range as follows:

| **Billing Category** | **U.S. RANGE** |
|---|---|
| Partners | $335 - $660 |
| Of Counsel | $300 - $575 |
| Associates | $225 - $405 |
| Paralegals | $110 - $305 |
| Law Clerks | $200 - $235 |

---

[4]    The hourly rates charged by Armstrong Teasdale professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident.  Armstrong Teasdale does not adjust the billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

10.     The names, positions, resident offices and current hourly rates of those Armstrong Teasdale lawyers currently expected to spend significant time on these chapter 11 cases are attached as <u>Schedule 3</u> hereto.  Armstrong Teasdale's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of scope and complexity similar to these chapter 11 cases.  Further, I believe that Armstrong Teasdale bankruptcy professionals are subject to the same client-driven market forces, scrutiny and accountability as its professionals in non-bankruptcy engagements.  For all of these reasons, Armstrong Teasdale's rates are reasonable and favorable to the Debtors' estates.[5]

11.     Armstrong Teasdale will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the Court in these chapter 11 cases.[6]  In addition, Armstrong Teasdale understands that interim and final fee awards are subject to approval by this Court.

## **Disclosure Concerning Disinterestedness**

12.     The Debtors have provided Armstrong Teasdale with a list of the names (collectively, the "<u>Interested Parties</u>") of individuals or institutions in the following categories: (a) Current and Recent Former Entities Affiliated with the Debtors; (b) Current and Recent Former Directors and Officers of the Debtors; (c) the Debtors' Professionals; (d) the Largest Customers of the Debtors; (e) the Debtors' Insurers; (f) Counterparties to Significant Leases;

---

[5]     Like many of its peer law firms, Armstrong Teasdale increases the hourly billing rate of attorneys and paraprofessionals periodically in the form of step increases in the ordinary course on the basis of advancing seniority and promotion.  The step increases do not constitute "rate increases" (as the term is used in the United States Trustee Guidelines).

[6]     In applying to the Court for payment of compensation and reimbursement of expenses, Armstrong Teasdale will also make reasonable efforts to comply with the United States Trustee Guidelines.

(g) Counterparties to Significant Executory Contracts; (h) Counterparties to Current and Potential Litigation; (i) Government Regulatory Authorities; (j) Utilities of the Debtors; (k) Taxing Authorities; (l) the Indenture Trustee; (m) Surety Bonds; (n) Bondholders; (o) Shareholders; (q) Landowners; (r) Landlords (s) Royalty Payment Recipients; (t) Bankruptcy Judges for the Eastern District of Missouri; (u) Attorneys for the U.S. Trustee; (v) Significant Vendors of the Debtors; (w) Top 50 Creditors of the Debtors; and (x) Other Vendors of the Debtors.  The identities of the Interested Parties are set forth on <u>Schedule 1</u> hereto.

13.    To check and clear potential conflicts of interest in these cases, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, Armstrong Teasdale researched its client database for the past two years to determine whether it had any relationships with the Interested Parties.  Armstrong Teasdale began running conflict checks on the parties in interest in August 2017 and continued to run conflict checks thereafter as new parties in interest were identified.  To the extent that Armstrong Teasdale's research of its relationships with the Interested Parties indicates that Armstrong Teasdale has represented in the past two years, or currently represents, any of these entities in matters unrelated to these chapter 11 cases, the identities of these entities and such entities' relationship to the Debtors and connection to Armstrong Teasdale are set forth in <u>Schedule 2</u> hereto.

14.    To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Armstrong Teasdale nor any partner, associate or other professional thereof has any connection with the Debtors, their creditors, the United States

Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below and in <u>Schedule 2</u> hereto.

15.     Armstrong Teasdale has not, does not and will not represent any entity other than the Debtors in these chapter 11 cases.

16.     Prior to the Petition Date, Armstrong Teasdale performed certain legal services for certain of the Debtors, as described herein and in the Application.   After the completion of any necessary adjustments to the amount and application of the Retainer proceeds, the Debtors will not owe Armstrong Teasdale any amount for services performed prior to the Petition Date.  Armstrong Teasdale has more than 230 attorneys in ten offices around the world. It is possible that certain Armstrong Teasdale attorneys or employees hold interests in mutual funds or other investment vehicles that may own the Debtors' securities or the securities of entities that own the Debtors' securities.

## Armstrong Teasdale Is a Disinterested Person

17.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, Armstrong Teasdale is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that:  (a) Armstrong Teasdale has no connection with the Debtors, their creditors, the United States Trustee, any person employed in the office of the United States Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth herein; (b) Armstrong Teasdale is not a creditor, equity security holder or insider of the Debtors; (c) no Armstrong Teasdale partner, associate or other professional is, or was within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Armstrong Teasdale neither holds nor represents an interest materially adverse to the Debtors or their estates.

18.    Armstrong Teasdale currently represents, and has formerly represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.    Armstrong Teasdale does not believe that its current and prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes it from being a disinterested party under the Bankruptcy Code.

19.    Despite the efforts described above to identify and disclose connections with parties in interest in these cases, because the Debtors are a large enterprise with hundreds of creditors and other relationships, and because Armstrong Teasdale is an international firm with more than 230 attorneys in ten offices, Armstrong Teasdale is unable to state with certainty that every client representation or other connection of Armstrong Teasdale has been disclosed.  In this regard, if Armstrong Teasdale discovers additional information that requires disclosure, Armstrong Teasdale will file supplemental disclosures with the Court.

20.    In the event that Armstrong Teasdale's representation of the Debtors in connection with any matter in these chapter 11 cases would result in it becoming adverse to a party in interest that gives rise to a professional conflict, the Debtors shall retain separate counsel to represent their interests with respect to such matter against such party.

### Statement Regarding United States Trustee Guidelines

21.    Armstrong Teasdale intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  As it has done in connection with the Application, Armstrong Teasdale also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set

forth in the United States Trustee Guidelines in connection with the interim and final fee applications to be filed by Armstrong Teasdale in these chapter 11 cases.

22.    The following information is provided in response to the request for additional information set forth in Paragraph D.1 of the United States Trustee Guidelines:

|  |  |
|---|---|
| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response:** | No. The hourly rates Armstrong Teasdale will bill for this engagement are consistent with the rates that Armstrong Teasdale charges other comparable chapter 11 clients, and the rate structure provided by Armstrong Teasdale is appropriate and is not significantly different from (a) the rates that Armstrong Teasdale charges in other non-bankruptcy representations or (b) the rates of other comparably skilled professionals for similar engagements. |
| **Question:** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response:** | No. |
| **Question:** | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Response:** | Armstrong Teasdale's current hourly rates for services rendered on behalf of the Debtors ranges as follows[7]: |

---

[7]    While the rate ranges provided for in this Application may change if an individual leaves or joins Armstrong Teasdale, and if any such individual's billing rate falls outside the ranges disclosed above, Armstrong Teasdale does not intend to update the ranges for such circumstances.

| Billing Category | U.S. RANGE |
|:---:|:---:|
| Partners | $335 - $660 |
| Of Counsel | $300 - $575 |
| Associates | $225 - $405 |
| Paralegals | $110 - $305 |
| Law Clerks | $200 - $235 |

Armstrong Teasdale represented the Debtors during the twelve month period before the Petition Date, using the hourly rates listed above.

**Question:**     Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response:**     A budget has been discussed and approved among counsel and the client.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 1, 2017
        St. Louis, Missouri

Respectfully submitted,

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr., MO 34641
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Telephone: (314) 621-5070
Facsimile:  (314) 612-2242
Email:  rengel@armstrongteasdale.com

## Schedule 1

## Interested Parties

**CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS**
ARMSTRONG ENERGY, INC.
AMRSTRONG ENERGY HOLDINGS, INC.
ARMSTRONG COAL SALES, LLC
THOROUGHFARE MINING, LLC
WESTERN DIAMOND LLC
WESTERN LAND COMPANY, LLC
ARMSTRONG COAL COMPANY, INC.
ARMSTRONG AIR, LLC
ARMSTRONG LOGISTICS SERVICES, LLC
ARMSTRONG FABRICATORS, INC.
ARMSTRONG TECHNOLOGY SERVICES, LLC
CERALVO HOLDINGS, LLC
ELK CREEK GP, LLC
ELK CREEK OPERATING GP, LLC
ELK CREEK OPERATING, LP
MG MIDSTREAMING, LLC
RAM TERMINALS, LLC
TERMINAL HOLDINGS, LLC
THOROUGHBRED RESOURCES, LP
WESTERN MINERAL DEVELOPMENT, LLC

**CURRENT AND RECENT FORMER DIRECTORS AND OFFICERS OF THE DEBTORS**
J. HORD ARMSTRONG, III
MARTIN D. WILSON
JEFFREY F. WINNICK
RICHARD L. CRAIG
ERIC R. WALLER
ADAM D. ANDERSON
LOUIS B. SUSMAN
JAMES C. CRAIN
GREG A. WALKER
DAVID L. HARRIS
W. HOWARD KEENAN
BRYAN R. LAWRENCE
JOSEPH M. STOPPER
KENNETH E. ALLEN
J. RICHARD GIST
JACQUELYN A. JONES
ANSON M. BEARD, JR.
RICHARD F. FORD
BRYAN H. LAWRENCE
SCOTT A. BOYLEN
DAVID R. COBB
BRIAN G. LANDRY

**DEBTORS' PROFESSIONALS**
KIRKLAND & ELLIS LLP
DONLIN RECANO & COMPANY, INC.
MAEVA GROUP, LLC
HOULIHAN LOKEY CAPITAL, INC.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ARMSTRONG TEASDALE LLP
BINGHAM GREENBAUM DOLL LLP
BUCHANAN INGERSOLL & ROONEY PC
BUTLER SNOW LLP
COX & MAZZOLI PLLC
DATHORD & BUTLER, LLC
DRESSMAN BENZINGER LAVELLE PSC
DRINKER BIDDLE & REATH LLP
FURMAN & NILSEN PLLC
GORDON LAW OFFICES, P.S.C.
HUNTON & WILLIAMS LLP
JACKSON KELLY PLLC
KAPLAN & PARTNERS LLP
LOWENBAUM LAW
MILLER & WELLS, PLLC
NASH MARSHALL, PLLC
RAJKOVICH, WILLIAMS, KILPATRICK & TRUE, PLLC
STEPTOE & JOHNSON PLLC
STITES & HARBISON, PLLC
STOLL KEENON OGDEN PLLC
ADP, LLC
ADVANCED INVESTIGATIVE SOLUTIONS, INC.
ANTHEM BLUECROSS, BLUESHIELD
ASSOCIATED ENGINEERS
ASSURED PARTNERS OF MISSOURI, LLC
AT&T BUSINESS SERVICES
AT&T GLOBAL NETWORK SERVICES
BDO
CLAY MASON & ASSOCIATES
EDWARD JONES
ERNST & YOUNG LLP
GRANT THORNTON
ILLUMITI CORPORATION
LOCKTON COMPANIES
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
MCGRIFF, SEIBELS & WILLIAMS, INC.
NETELLIGENT CORPORATION
ONX MANAGED SERVICES
PROTIVITI

**LARGEST CUSTOMERS OF THE DEBTORS**
ARMSTRONG RESOURCES MANAGEMENT CORP.
DUKE ENERGY CAROLINAS, LLC
DUKE ENERGY KENTUCKY, INC.
KENTUCKY UTILITIES COMPANY
LOUISVILLE GAS & ELECTRIC COMPANY
OWENSBORO MUNICIPAL UTLITIES
TAMPA ELECTRIC COMPANY
TENNESSEE VALLEY AUTHORITY

**INSURERS OF THE DEBTORS**
TRAVELERS PROPERTY & CASUALTY CO. OF
AMERICA
AMERICAN GUARANTEE & LIABILITY
INSURANCE CO.
AMERICAN ZURICH INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
QBE INSURANCE CORPORATION
OLD REPUBLIC INSURANCE COMPANY
STARR INDEMNITY AND LIABILITY COMPANY

**COUNTERPARTIES TO SIGNIFICANT LEASES**
MUELLER PROS, LC
KBSII PIERRE LACLEDE CENTER, LLC
NORTON LILLY INTERNATIONAL, INC.

**COUNTERPARTIES TO SIGNIFICANT
EXECUTORY CONTRACTS**
BANK OF AMERICA LEASING & CAPITAL, LLC
AERO CHARTER, INC.
BRANDEIS MACHINERY & SUPPLY COMPANY
GENERAL ELECTRIC CAPITAL CORPORATION
KOMATSU FINANCIAL LIMITED PARTNERSHIP
CATERPILLAR FINANCIAL SERVICES
CORPORATION
DEUTSCHE LEASING USA, INC.
ATLAS COPCO CUSTOMER FINANCE USA, LLC
UGM ADDCAR SYSTEMS, LLC
MACQUARIE CORPORATE AND ASSET
FUNDING INC.
JOY GLOBAL UNDERGROUND MINING, LLC
CATERPILLAR FINANCIAL SERVICES
CORPORATION

**COUNTERPARTIES TO CURRENT AND
POTENTIAL LITIGATION**
TERRI QUALLS
BARRY BAXTER
PAMELA WILSON
ANDREA KIRK
DELTA COALS
GEORGE W. LEWIS AND SHANNON LEWIS
LAMONT DRAKE
RUTH JEAN LEWIS
BARBARA ROBISON
ROBERT ROBISON
ROY DANIEL BRATCHER
AARON D. BRATCHER
JENNY BRATCHER
CHARLES EDWARD CARTER
CAROL B. CARTER
JENSCINNA A. CARTER
SHARON K. CARTER SMITH
MARK SMITH
WILLIAM D. CARTER
DEBRA H. CARTER
LESLIE R. COOMER
STEPHEN L. COOMER

MINE SAFETY & HEALTH ADMINISTRATION
TATE RICH
EARL RAY IPOX
THOMAS GIBSON
TROY PEVELER
RICHARD BROTHERS
RONNIE DINSMORE
DONNIE MORGAN
TERRY BIVINS
BARRY BALL
WILLIAM RAY MARTIN
DAVID A. SMILEY
MARK MASON
CHARLES DUFF
RICKEY BAIZE
WILLIAM MATHENY
BOBBY SEXTON
RICHARD VINCENT
JAMES FRANKLIN
MARVIN MITCHELL
BRANDON BROWN
BARRY BALL
DONALD KING
ERIC VIRGIN
DANNY PRESSLEY
BRANDON SHEMWELL
DWIGHT ARNOLD
BRIAN PIPER
TOMMY ANDERSON
TONY HOSKINS
JOSEPH GRUBB
JOHN ROBINSON
CHARLES BUSH
MICHAEL WILSON
ERIK DEMOND
LONNIE COUH
JEREMY BEARDEN
DAVID M. FOOKS
NEELY E. LONEY
REUBEN WAYNE SHEMWELL
DANIEL RILEY

**GOVERNMENT REGULATORY AUTHORITIES**
COMMONWEALTH OF KENTUCKY ENERGY
AND ENVIRONMENT CABINET
UNITED STATES OFFICE OF SURFACE MINING
KENTUCKY OFFICE OF THE RECLAMATION
GUARANTY FUND

**UTILITIES OF THE DEBTORS**
KENTUCKY UTILITIES COMPANY
KENERGY CORPORATION
UNION COUNTY WATER DISTRICT
MUHLENBERG COUNTY WATER DISTRICT
CITY OF CENTERTOWN
AT&T IP FLEXIBLE REACH
AT&T
AT&T MOBILITY
COLEMAN BROTHERS, INC.

MADISONVILLE MUNICIPAL UTLITIES
ATMOS ENERGY
CHARTER COMMUNICATIONS

**TAXING AUTHORITIES**
DEPARTMENT OF REVENUE – KENTUCKY
DEPARTMENT OF REVENUE – MISSOURI
DEPARTMENT OF REVENUE – DELAWARE
UNITED STATES OFFICE OF SURFACE MINING
KENTUCKY OFFICE OF THE RECLAMATION
GUARANTY FUND
UNITED STATES INTERNAL REVENUE SERVICE
KENTUCKY WORKERS' COMPENSATION
FUNDING COMMISSION

**INDENTURE TRUSTEE**
WELLS FARGO BANK, N.A.

**SURETY BONDS**
LEXCON INSURANCE COMPANY

**BONDHOLDERS**
BLUE MOUNTAIN
CASPIAN
GUARDIAN CAPITAL GROUP
MARATHON
GOLDENTREE
TEACHERS
PANNING
NEW GENERATION
WAMCO
TELEMETRY
PHOENIX
CEDARVIEW
FIRST WESTERN
NUVEEN
ANSON (PREVIOUS BOD)

**SHAREHOLDERS**
YORKTOWN ENERGY PARTNERS VII, L.P.
YORKTOWN ENERGY PARTNERS VIII, L.P.
YORKTOWN ENERGY PARTNERS IX, L.P.

**LANDOWNERS**
AARON D. BRATCHER
AARON FRANCIS
ALLEN GRAY LTD. PTR. II
ALLEN GRAY LTD. PTR. III
ALLYSON S. ABEL
AMANDA WESTERFIELD
AMERICAN LAND HOLDINGS OF KY, LLC
ANGELA D. AND DAVID C. JONES
ANN C. & GARRY D. LACEFIELD
ANNA L & ALBERT SPEAKS
ANNA L. DORTCH
ANNA LAURA DORTCH/FARM CREDIT
SERVICE
ANNE F. ROGERS FAMILY, LLC
BARBARA ROBINSON

BERTHA S GRIDER
BETTY R. CRAIG TRUST
BEVIL BROS. FUNERAL HOME
BILL & BRENDA LEE MCVAY
BORDLEY CHURCH OF CHRIST
BRAD LACEFIELD
BRADFORD AND MIRANDA LUPPINO
BRIAN KEITH CASEBIER
BRIAN LACEFIELD
C.E. MARTIN HEIRS LLC
CAROL B. CARTER
CHARLES EDWARD CARTER
CHARLES W. PROCTOR
CHRISTOPHER A. COOMER
CLYDE RICHARD DANKS
COAL AGE, INC.
CONNIE & KEVIN ELDER
CORA LEE GOODMAN
DAISY SCROGGINS
DAMIEN LEE BROWN
DANIEL L LACEFIELD
DARRON H & MARTHA J KELLY
DAVID CASEBIER
DAVID COBB
DAVID L. & ANN PEARCE
DELTA COALS, LLC
DENNIE L GRIDER
DENNIS HOWARD WOODS
DENNIS RAY FARRIS
DENNIS WOODS
DIANNA & LONNIE TERRELL
DON GOAD
DON KING
DONALD L YARBER AND SHIRLEY J YARBER
DOROTHY F. WILLETT
DOROTHY RUSSELL
DOUGLAS SUMNER
DUNCAN FAMILY MINERAL, LLC
EDWARD ZACKERY
ELAINE & GLENN ARMSTRONG
EMOGENE S. MARTIN
FELICIA LEIGH-ANN HUGHES
GENEVA G. & LONNIE R. FULKERSON
GENEVA G. FULKERSON
GEORGE W. LEWIS, JR.
GERALD & LINDA POWERS
GERALD WAYNE POWERS
GLENDALE & WANDA JAMES
GLENN W. DANKS
HAZEL BIRCHWELL
J.L. ROGERS FAMILY, LLC
JAMES M. BROWN
JAMES & GAIL MCVAY
JAMES L ROGERS III
MARY M. ROGERS
JANIS LITTLE
JENNA CARTER VARDELL
JENNIE L ELLIS
JENNY BRATCHER TRUST

JENSCINNA A. CARTER
JERRY & ZEXIA BISHOP
JERRY C BISHOP AND ZEXIA BARNES BISHOP
JESSICA GWENLYN
JIM V. & CAROLYN R. MADDOX
JIM V. MADDOX
JOE BRENT GRIDER, SR.
JOE MICHAEL AND KRISTINA BARNARD
JOEL IGLEHEART
JOHN JR. AND PATRICIA BROWN
JOHN A. BROWN
JOHN B. CASEBIER
JOHN RYAN WHITE & BROOKE WHITE
JOHN W. AND JANET HOCKER
JOSEPH & SARA ROE
JOSEPH L. AND ROSE A. RALPH
JOSEPHINE ROE
JUDITH MCCROCKLIN
KARREN SUE KING
KATHERINE & TODD PHOTOPULOS
KATHY PROCTOR
KELLY RICHARD DANKS
KENNETH E. ALLEN
LANCE W. AND HEATHER BRANTLEY
LARRY EDMONSON
LILLIAN POTTS
LOLA JONES
LTC JAMES VERNON COLE & HEIKE COLE
LYMAN P AND JOYCE M BARNES
MARGARET JOYCE BEARD
MARK LITTLE
MARK LIVERS
MARTHA ROGERS HAAS
MARY NELL WHITE
MEGAN GUARD CARTER
MELINDA T. CARTER
MELISSA ANN DANKS SANDBERG
MICHAEL EDGAR DANKS
MICHELINE L. QUEEN
MINDA G. PEARSON
MORRIS KELLEY
NANCY PRENZNO
NELL GREGORY FARTHING
NOEL D. & RHONDA D. CAVENDER
NOLA CASEBIER
NORA STEWART
NORMAN RAY AND ROMA H POTTS
PATTY PEACOCK AND GARY PEACOCK
PEGGY POTTS NEELEY & JIMMY C. NEELE
PHILLIP ANDREW DANKS
RHETT A. HARTKE
RICHARD I CARRIER
RICHARD W & JANET WHITE
ROBERT S & MARIE WHITE
RONAD A. DANKS
RONICA D. HAGEMAN
ROY DANIEL BRATCHER
RUSTIN D. HARTKE
RUTH AND CONRAD SZYMANSKI

RUTH JEAN LEWIS
RYAN W. HARTKE
SAMUEL A. FRANCIS
SHANNON L. LEWIS
SHARON GRIDER
SHARON K. CARTER
SHARON K. CARTER-SMITH
FEB I. TAYLOR
SHERRY ANN MADDOX TAYLOR
STEPHEN L. COOMER
SUE H BARTLETT
SUE R JOHNSON
SUE ROGERS JOHNSON
T G JR & JEAN ROGERS
TALMAGE G. JR. & JEAN M. ROGERS
TALMAR, LLC
THE ESTATE OF RUTH LEWIS
THOMAS ALLEN WILLETT
THOMAS MCCROCKLIN, JR.
TIMOTHY L. & MARY E. STENBERG
TIMOTHY L. STENBERG
VIRGINIA STAUDE
WALTER REED & ANDREA WHITE
WALTER U. & LAURIE PEARCE
WESTERN KENTUCKY ROYALTY TRUST
WILLIAM D. CARTER
WILLIAM HOLLADAY
WILLIAM W & LYNN M LISTA
WILLIAM W. JR. & CHARLOTTE ANN CASEBIER

**LANDLORDS**
PIERRE LACLEDE OFFICE INVESTORS, LLC

**ROYALTY PAYMENT RECIPIENTS**
ALCOA FUELS, INC.
ALLEN GRAY LIMITED PARTNERSHIP II
ALLEN GRAY LIMITED PARTNERSHIP III
ALLYSON S. ABEL
AMANDA WESTERFIELD
ANGELA DANIELLE AND DAVID C. JONES
ANN CHERYL AND GARRY DALE LACEFIELD
ANNA AND ALBERT SPEAKS
ANNE F. ROGERS FAMILY, LLC
BERTHA S. GRIDER
BETTY CRAIG
BILLY MCVAY AND BRENDA LEE MCVAY
BORDLEY CHURCH OF CHRIST
BRADFORD AND MIRANDA LUPPINO
BRENDA COLLINS
BRUCE AND GLADYS MOORE
CAROL B. CARTER
CAROLYN GENTRY GISH
CENTRAL STATES COAL RESERVES OF
KENTUCKY
CHARLES SNODGRASS
CHARLES W. PROCTOR
CLYDE RICHARD DANKS
CONNIE ELDER AND KEVIN ELDER
CORA L. GOODMAN

CYPRUS CREEK LAND COMPANY
CYPRUS CREEK LAND RESOURCES, LLC
DAISY CURTIS SCROGGINS
DAMIEN AND DEBORAH BROWN
DARRON KELLEY & MARTHA J. KELLEY
DAVID C. CRAIG
DAVID COBB
DAVID GREGORY
DAVID L. AND ANN PEARCE
DENNIE AND SHELIA GRIDER
DENNIE LEE GRIDER
DENNIS AND BRENDA WOODS
DENNIS RAY FARRIS
DIAMOND MINERAL GROUP, INC.
DIANNA TERRELL AND LONNIE TERRELL
DONALD L. YARBER & SHIRLEY J. YARBER
DOROTHY F. WILLETT
DOROTHY RUSSELL
DUNCAN FAMILY MINERAL LLC
ELAINE AND GLENN ARMSTRONG
ELLA LOUISE AND CARL ADDINGTON
EMOGENE S. MARTIN
FELICIA LEIGH-ANN HUGHES
GENE ROCHEFORT
GENEVA AND LONNIE FULKERSON
GEORGE W. LEWIS
GLENN W. AND RONALD A. DANKS
HAROLD GREGORY
HAZEL BIRCHWELL
HERITAGE COAL COMPANY, LLC
J.L. ROGERS FAMILY, LLC
JAMES AND LOLA JONES
JAMES GREGORY
JAMES L. ROGERS, III AND MARY M. ROGERS
JAMES M. BROWN
JAMES MCVAY AND BRENDA GAIL MCVAY
JANETTE SNODGRASS
JENNA CARTER VARDELL
JENNIE L. ELLIS AND GLENDLE G. ELLIS
JERRY CARSON AND ZEXIA BARNES BISHOP
JESSICA GWENLYN
JIM V. AND CAROLYN MADDOX
JOE BRENT GIRDER
JOE BRENT GRIDER, JR.
JOE MICHALE BARNARD
JOHN & BROOKE WHITE
JOHN B. CASEBIER AND NAZANIN CASEBIER
JOHN M. GRIDER
JOHN T. CASEBIER
JOHN W. AND JANET HOCKER
JOSEPH L AND ROSE A. RALPH
JOSEPH MICHAEL AND SARA KELLY ROE
JUDITH MCCROCKLIN
KAITLIN M. GRINDER
KARREN SUE KING
KATERIA C. BARNES
KATHERINE FELICE PHOTOPULOS AND TODD
PHOTOPULOS
KATHY PROCTOR

KELLY RICHARD DANKS
KENNETH E. ALLEN
LANCE W. BRANTLEY AND HEATHER
BRANTLEY
LARRY SNODGRASS
LILLIAN POTTS
LTC JAMES VERNON COLE &HEIKE COLE
LYMAN P. AND JOYCE M. BARNES
MARGRET JOYCE BEARD
MARJORIE PEARCE WILHITE AND JAMES
LOUIS WILHITE
MARJORIE THOMPSON
MARK LITTLE AND JANIS LITTLE
MARY NELL WHITE
MARY SNODGRASS
MEGAN GUARD CARTER
MELINDA T. CARTER
MELISSA ANN DANKS SANDBERG
MICHAEL EDGAR DANKS
MICHELINE L. QUEEN
MIDWEST COAL RESERVES OF KENTUCKY,
LLC
MORRIS D. KELLEY JR. AND MANDY B.
KELLEY
NELL GREGORY FARTHING
NOEL DOUGLAS AND RHONDA CAVENDAR
NOLA CASEBIER
NORMAN RAY POTTS
PAMELA GABRIELLE FOWLER
PATRICIA AND EDDIE SIMPSON
PATTY PEACOCK & GARY PEACOCK
PEGGY & JIMMY NEELEY
PEGGY GRAHAM
PHILLIP ANDREW DANKS
RHETT A. HARTKEE
RICHARD & JANET WHITE
RICHARD I. CARRIER
RICHARD L. HOCKER
RITA FLEDBUSCH
ROBERT & MARIE WHITE
RONALD C. BROWN
RONICA D. HAGEMAN
RUBY DAUGHERTY POA GIVEN TO STEPHEN
N. DAUGHERTY
RUSTIN D. HARTKE
RUTH ANN HOCKER SZYMANSKI AND
CONRAD SYZMANSKI
RYAN W. HARTKE
SHANNON LEWIS
SHERRY ANN AND FEB I. TAYLOR
STAN W. JOHNSON & BARBARA A. JOHNSON
SUE AND BILL MILLER
SUE ROGERS JOHNSON
TALMAR OF FL, LLC
TALMAR, LLC
TERRY GREGORY
THOMAS ALLEN WILLETT
THOMAS MCCROCKLIN, JR.
TIMOTHY AND MARY STENBERG

TOMMY AND BETTY SNODGRASS
VIRGINIA L. STAUDE
WALTER & ANDREW WHITE
WALTER U. AND LAURIE PEARCE
WARREN C. AND JOSEPHINE ROE
WESTERN KENTUCKY ROYALTY TRUST
WILLIAM A. HOLLADAY
WILLIAM LEON COLE IV AND CAROL ANN
COLE
WILLIAM TODD PAUL
WILLIAM W. CASEBIER, JR. AND CHARLOTTE
ANN CASEBIER
WILLIAM W. LISTA & LYNN M. LISTA
YOUNG MANUFACTURING CO. INC.

**UNDERSTATES BANKRUPTCY JUDGES FOR
THE EASTERN DISTRICT OF MISSOURI**
BARRY S. SCHERMER
CHARLES E RENDLEN III
CHIEF JUDGE KATHY SURRATT-STATES

**SIGNIFICANT VENDORS OF THE DEBTORS**
ASSOCIATED ENGINEERS, INC.
BANK DIRECT CAPITAL FINANCE
BLAIR TIRE SALES
BRANDEIS MACHINERY & SUPPLY COMPANY
BRIAN'S BATTERY, LLC
CARROLL ENGINEERING COMPANY
COLEMAN BROTHERS INC.
CONN-WELD INDUSTRIES INC.
FLSMIDTH KREBS INC.
GMS MINE REPAIR – MIDWEST
H&G LIMESTONE PRODUCS
HERITAGE PETROLEUM, LLC
HIBBS ELECTROMECHANICAL INC.
HOULIHAN LOKEY CAPITAL, INC.
JENNCHEM, LLC
JENMAR CORPORATION
JOY GLOBAL MINING, LLC – COSIGNMENT
JOY GLOBAL UNDERGROUDN MINING, LLC
KENERGY
KENTUCKY UTILITIES
LANCECO., INC.
MADISONVILLE TIRE & RETREADING
MINE EQUIPMENT & MILL SUPPLY
MOODY'S INVESTOR SERVICE
NALCO COMPANY
OVERLAND CONVEYING SYSTEMS
PIONEER CONVEYOR, LLC
PROTIVITI
QUALITY MAGNETITE, LLC
RAY JONES TRUCKING, INC.
RUBY CONCRETE COMPANY
RUDD EQUIPMENT COMPANY
S&L INDUSTRIES, LLC
SGS NORTH AMERICA INC.
SMITH-MANUS
STAR MINE SERVICES, INC.
UNITED CENTRAL INDUSTRIAL SUPPLY CO.

VEYANCE INDUSTRIAL SERVICES, INC.
WABASH MARINE, INC.
WHAYNE SUPPLY COMPANY
WHITCO ENTERPRISES, INC.
WOODRUFF SUPPLY COMPANY INC.

**TOP 30 CREDITORS OF THE DEBTORS**
BANK CREDIT CAPITAL FINANCE
BRANDEIS MACHINERY & SUPPLY COMPANY
BRIAN'S BATTERY, LLC
CARROLL ENGINEERING COMPANY
CONN-WELD INDUSTRIES, INC.
GMS MINE REPAIR – MIDWEST
H&G LIMESTONE PRODUCTS
HERITAGE PETROLEUM, LLC
HOULIHAN LOKEY CAPITAL, INC.
JENNCHEM, LLC
JENMAR CORPORATION
JOY GLOBAL MINING, LLC – COSIGNMENT
JOY GLOBAL UNDERGROUND MINING, LLC
KENERGY
KENTUCKY UTILITIES
MADISONVILLE TIRE & RETREADING
MINE EQUIPMENT & MILL SUPPLY
NALCO COMPANY
OVERLAND CONVEYING SYSTEMS
PIONEER CONVEYOR, LLC
RAY JONES TRUCKING, INC.
RUDD EQUIPMENT COMPANY
S&L INDUSTRIES, LLC
SGS NORTH AMERICA INC.
STAR MINE SERVICES, INC.
UNITED CENTRAL INDUSTRIAL SUPPLY CO.
VEYANCE INDUSTRIAL SERVICES, INC.
WABASH MARINE, INC.
WHAYNE SUPPLY COMPANY
WOODRUFF SUPPLY COMPANY INC.

**OTHER VENDORS OF THE DEBTORS**
A.L. LEE CORPORATION
AARON D. BRATCHER
AARON SIMPSON
ABL SERVICES, INC.
ABNEY AUTO GLASS
ADAM ANDERSON
ADP, INC.
ADVANCE FEEDING SYSTEMS, INC.
ADVANCED SOLUTIONS
AERO CHARTER, INC.
AFORDABLE SIGNS
AGRIGRO FARM CENTER, INC.
AIRGAS MID AMERICA
AIRGAS USA, LLC
ALL SOURCE INDUSTRIAL SUPPLY, INC.
ALLEN GRAY LTD. PTR. III
ALLYSON S. ABEL
AMANDA WESTERFIELD
AMAZON.COM, LLC
AMERCABLE INCORPORATED

AMERICAN COAL COUNCIL
AMERICAN ELECTRIC EQUIPMENT, INC.
AMERICAN EXPRESS
AMERICAN HERITAGE LIFE INSURANCE CO.
AMERICAN HYDRAULICS & REBUILD
AMERICAN LAND HOLDINGS OF KY, LLC
AMERICAN PRINTING COMPANY
AMERICAN SAFETY & HEALTH INSTITUTE
ANCHOR HYDRAULICS
ANDY FULKERSON
ANGELA D. AND DAVID C. JONES
ANIXTER, INC.
ANNE F. ROGERS FAMILY, LLC
ANSON BEARD
ANTHEM
ANTHEM LIFE INSURANCE COMPANY
ANTHONY ESTEVEZ
ANTHONY MILLER
ANTHONY YATES
APPALACHIAN CITIZENS LAW CENTER
APPLIED INDUSTRIAL TECHNOLOGIES
ARIAN GREER
ARMSTRONG COAL COMPANY – KRONOS
ARMSTRONG COAL COMPANY, INC.
ARMSTRONG COAL PAC
ARMSTRONG RESOURCE MANAGEMENT
CORP.
ARMSTRONG TEASDALE, LLP
ASSOCIATED ENGIENEERS, INC.
ASSOCIATED PALLET, INC.
ASSOCIATED RAILROAD CONTRACTORS, INC.
ASSUREDPARTNERS OF MISSOURI, LLC
AT&T
AT&T BUSINESS SERVICES
AT&T GLOBAL NETWORK SERVICES, LLC
AT&T IP FLEXIBLE REACH
AT&T MOBILITY
AT&T TELECONFERENCE SERVICES
ATLAS COPCO CUSTOMER FINANCE USA
ATMOS ENERGY
AUTO ELECTRIC REPAIR
AUXIER WELDING INC.
B.F. EVANS FORD
BANC OF AMERICA LEASING
BANK DIRECT CAPITAL FINANCE
BAPTIST HEALTH OCCUPATIONAL MED
BARBARA ROBINSON
BARRY FOX
BARTON MACHINE, INC.
BAUMGART BIT SUPPLY
BDO
BEARING HEADQUARTERS
BEAVER DAM BUILDING SUPPLY
BEAVER DAM VOLUNTEER FIRE DEPARTMENT
BELT TECH INDUSTRIAL, INC.
BESS COUNCIL
BIG BROTHERS-BIG SISTERS
BIG RED SUPPLY CO., INC.
BIG RIVER RUBBER AND GASKET CO. INC.

BILLY JERNIGAN
BINGHAM GREENBAUM DOLL LLP
BISHOPS GROCERY
BLACK EQUIPMENT CO.
BLAIR TIRE SALES
BLUE RIBBON COURIER, INC.
BLUE RIBBON, INC.
BLUEGRASS MATERIALS COMPANY, LLC
BLUEGRASS MINE TOOL, INC.
BMC GROUP VDR LLC
BOBBY J. PHELPS
BOBBY OLDHAM
BOBBY PENROD
BOMGAR CORPORATION
BOOTH FIRE & SAFETY, INC.
BOYD AND SONS MACHINERY, LLC
BRADFORD SUPPLY COMPANY
BRAKE SUPPLY CO., INC.
BRANDEIS MACHINERY & SUPPLY COMPANY
BRENNTAG MIDSOUTH, INC.
BRIAN MILLER
BRIAN'S BATTERY, LLC
BRITTANY BRANSON
BROWN'S RAMSEY CREEK FARM
BRUCE L. BALL
BUCHANAN PUMP SERVICE & SUPPLY, INC.
BUDDY JOHNSTON
BUTLER SNOW LLP
BUTLER'S TRUE VALUE
BYLER LUMBER, LLC
C.E. MARTIN HEIRS LLC
CAMERON B. MASON
CAPTIVA MARKETING
CARLSON SOFTWARE, INC.
CAROL B. CARTER
CARROLL ENGINEERING CO.
CARTER PLUMBING AND HEATING INC.
CARY PENTECOST
CATERING & CREATIONS
CATERPILLAR FINANCIAL SERVICES
CAYCE MILL SUPPLY COMPANY, INC.
CCH
CDW DIRECT LLC
CECIL BOWMAN
CENTRAL CITY COUNTRY CLUB, INC.
CENTRAL MAINE DIESEL IS, INC.
CENTRAL SCREEN PRINTING, INC.
CENTRIFUGAL & MECHANICAL INDUSTRIES
CENTRIFUGAL SERVICES INC LLC
CHARLES BUSH
CHARLES E. DAUGHERTY
CHARLES F. HENDERSON
CHARLES TAYLOR
CHARLES W RUSHING, JR.
CHARTER COMMUNICATIONS
CHASE PUMP & EQUIPMENT
CHESLEY WILSON
CHRIS BROOKS
CHRISTOPHER A. COOMER

CHRISTY PIKE
CINCINNATI MINE MACHINERY CO.
CINTAS
CINTAS CORPORATION
CITY OF CENTERTOWN
CITY OF CLAYTON
CLAY MACHINE WORKS, INC.
CLAYTON PLAZA HOTEL
CLEAN GREEN PORTA POTTIES, LLC
COAL AGE, INC.
COAL MINERS' RESPIRATORY CLINIC
COLEMAN BROTHERS INC.
COLES OFFICE OUTFITTERS INC.
CONN-WELD INDUSTRIES INC.
CONSOLIDATED ELECTRICAL DISTRIBUTOR
CONSTRUCTIONS MACHINERY CO. LLC
CORY EDWARDS
CORY WILLIAMS
COUNTRY CUPBOARD
COX & MAZZOLI, PLLC
COY TALLMAN
CROP PRODUCTION SERVICES, INC. - #3
CSE CORPORATION
CT CORP.
CUDA TOOLS, INC.
CUMMINS CROSSPOINT, LLC
CURTIS RICHEY
CUSTOM ENGINEERING, INC.
D. DAVID LEE
D.B. CONTRACTING LLC
D-A LUBRICANT COMPANY
DANNY F. CLAYTON
DANNY FULKERSON
DAPCO, INC.
DARREL E. BRILES
DARRIN PARRENT
DATE MINING SERVICES, LLC
DATHORNE & BUTLER LLC
DAUGHERTY, FOWLER, PEREGRIN, HAUGHT
DAVE DINGESS
DAVID COBB
DAVID GREEN
DAVID J. PURDY
DAVID L. & ANN PEARCE
DAVID L. HARRIS, JR.
DAVID MCKINNEY
DAVID WITHERSPOON
DEAN DORTON ALLEN FORD, PLLC
DEBBY MYERS
DELAWARE SECRETARY OF STATE
DELL MARKETING, LLP
DELTA DENTAL OF KENTUCKY, INC.
DENISE STRINGER
DENNIE L GRIDER
DENNIS MASSOTH
DENNIS RAY FARRIS
DEPARTMENT OF LABOR – MSHA
DESHAZO CRANE COMPANY
DEUTSCHE LEASING USA, INC.

DIAMOND MINERAL GROUP, LLC
DIVISION OF ENFORCEMENT
DONALD G. KING
DONALD L. CARROLL
DONALD R. WHITE
DOUG HARRIS
DOUGLAS SUMNER
DOWNEY PROFESSIONAL CONSTRUCTION
DOYLE TRADING CONSULTANTS, LLC
DRESSMAN BENZINGER LAVELLE PSC
DRINKER BIDDLE & REATH LLP
DRIVES & CONTROLS SERVICES, INC.
DUFF & PHELPS, LLC
DYNAMIC FABRICATION INC.
EBN
EDDIE BARBER
EDWARD ZACKERY
EIC TECHNOLOGIES INC.
ELAINE & GLENN ARMSTRONG
ELISSA SUE HOLLIS
ELPERS TRUCK EQUIPMENT
ENERSYS DELAWARE, INC.
ENTERPRISE WASTE OIL CO., INC.
ERB EQUIPMENT COMPANY
ERIC WALLER
ERIEZ MANUFACTURING CO.
ERNST & YOUNG
EVAPAR
FACO, LLC
FAIRMONT SUPPLY CO.
FARM PLAN
FEDEX
FELICIA LEIGH-ANN HUGHES
FENNER DUNLOP
FIBER INSTRUMENT SALES, INC.
FIELDS CUSTOM EMBROIDERY
FIRST CHOICE COURIER
FIRST UNITED BANK
FIRST-LINE FIRE EXTINGUISHER CO.
FL SMIDTH SALT LAKE CITY, INC.
FLANDERS ELECTRIC MOTOR SERVICES
FL SMIDTH KREBS INC.
FL SMIDTH SALT LAKE CITY, INC.
FLUID POWER SERVICES INC.
FLUID SYSTEMS, INC.
FORESTRY SUPPLIERS, INC.
FORREST A. YOUNKER
FOUNDATION FIGHTING BLINDNESS
FRANK H. NEELEY, JR.
FRANK ROBERTS
FREDDIE K. WELLS
FREDDIE LOCKE
FUCHS LUBRICANTS CO.
FURMAN & NILSEN PLLC
FURNITURE DISCOUNT WAREHOUSE
G.A. HELFRICH
GARY COMPTON
GARY PHILLIPS
GAULEY-ROBERTSON

GCR TIRE CENTERS
GE TRANSPORTATION PARTS, LLC
GE-FAIRCHILD LLC
GENERAL MINE CONTRACTING INC.
GEORGE W. LEWIS JR.
GETMAN CORPORATION
GM TELCOM INC.
GMS MINE REPAIR – MIDWEST
GORDON L. THOMPSON
GORDON LAW OFFICES, P.S.C.
GOULD ELECTRIC MOTOR
GRACE EQUIPMENT, LLC
GRADY LEE WINTON, JR.
GRAINGER INDUSTRIAL SUPPLY CO, INC
GRANT THORNTON LLP
GREEN RIVER SAFETY COUNCIL
GREENVILLE QUARRIES & QUAL BLACKTOP
GREG A. WALKER
GREG EAST
H & G LIMESTONE PRODUCTS
H. BRENT PHELPS
HAMPTON INN & SUITES – MADISONVILLE
HANNAN SUPPLY COMPANY
HART EQUIPMENT CO. INC.
HARTFORD BUILDING & SUPPLY
HAULERS SUPPLY INC.
HAYES INSTRUMENT CO INC
HEINTZMANN CORPORATION
HENRY'S PLUMBING, INC.
HERITAGE PETROLUEM LLC
HIBBS ELECTROMECHANICAL INC.
HILLYARD, INC.
HILTI, INC.
HOARD CUSTOM SIGNS, LLC
HOME CITY ICE
HOME OIL & GAS CO
HOPCROFT ELECTRIC, INC
HOPKINS CO HEATING AIR & ELECTRICAL
HOPKINS COUNTY CLERK
HOULIHAN LOKEY CAPITAL, INC.
HUNTON & WILLIAMS LLP
ILLUMITI CORP
IMPCO, INC
INDOFI INC.
INDUSTRIAL MACHINE SERVICES INC.
INDUSTRIAL SERVICE & ELECTRONICS, INC
INTERMOUNTAIN ELECTRONICS, INC.
INTERNATIONAL DRILLER'S SUPPLY CO.
IRON MOUNTAIN
IRWIN MINE AND TUNNELING SUPPLY
J. HORD ARMSTRONG, III
J.L. ROGERS FAMILY, LLC
JABO SUPPLY
JACKSON KELLY PLLC
JAMES BENNETT
JAMES C. CRAIN
JAMES L., III & MARY M. ROGERS
JAMES MERCER
JAMES R. TICHENOR

JAN DOUGLAS BUNDY
JANICE HILL
JARROD EVERLY
JARROD FARRIS
JASON REDDY
JAYCEE DURHAM
JEFF HEARLD
JEFF SHANKS
JEFFREY LOVAN
JEFFREY WINNICK
JEM SALES & SERVICE, INC.
JENNA CARTER VARDELL
JENNCHEM, LLC
JENNMAR CORPORATION
JENNY BRATCHER TRUST
JERRY FIELDS
JERRY SOUTHARD
JESSICA GWENLYN
JIM DAVID MEATS
JIM WITAKER TRUCKING INC.
JIM WILES
JMS RUSSELL METAL CORPORATION
JOANNA HASELMAN
JOE BARNES
JOE BRENT GRIDER, JR.
JOE BRENT GRIDER, SR.
JOE LEASURE & SONS, INC.
JOE MICHAEL AND KRISTINA BARNARD
JOHN B. CASEBIER
JOHN BRUCE
JOHN PLUNKETT
JOHN W. AND JANET HOCKER
JONATHAN OLDHAM
JONATHAN MILLER
JONES SEPTIC SERVICE
JONES SEPTIC SERVICE LLC
JOSEPH L. AND ROSE A. RALPH
JOSEPH LOGSDON
JOSEPH M. & SARA K. ROE
JOSEPHINE ROE
JOSHUA JUDGE
JOY GLOBAL MINING, LLC – CONSIGNMENT
JOY GLOBAL UNDERGROUND MINING, LLC
JUDITH MCCROCKLIN
JULIE HEZEL
JUSTIN CROWLEY
JUSTIN HOWE
JUSTIN LAMB
JUSTIN NEAL GREENWELL
K & R REBUILD, LLC
K&E TECHNICAL INC.
K&S AUTOMOTIVE REPAIR, LLC
KANAWHA MANUFACTURING COMPANY
KANAWHA SCALES & SYSTEMS INC.
KAPLAN & PARTNERS LLP
KAREN'S CLEANING SERVICES
KATHRYN KERLICK
KBSII PIERRE LACLEDE CENTER, LLC
KCTCS FOUNDATION, INC

KEITH WHITEHOUSE
KENERGY
KENNAMETAL INC MINING & CONSTRUCTION
KENNETH E. ALLEN
KENNETH HALL
KENTUCKY ATHLETICS
KENTUCKY DEPT OF REVENUE
KENTUCKY STATE TREASURER
KENTUCKY UTILITIES
KERCO, INC.
KINGS GREAT BUYS PLUS
KIKRLAND & ELLIS LLP
KLEINSCHMIDT, IN.C
KM SPECIALTY PUMPS & SYSTEMS, INC.
KOMATSU FINANCIAL LIMITED
KY WORKER'S COMP FUNDING COMMISSION
LANCECO, INC.
LARRY EDMONSON
LARRY G. WILSON
LAWRENCE E. EMBRY
LEADER-NEWS
LEONARD WEIKEL
LEXINGTON COAL EXCHANGE
LIKENS & SONS PLUMBING SUPPLY
LIL STEVIE'S PIZZA
LINE POWER MFG. CORP.
LOGAN CORPORATION
LOLA JONES
LOUIS B. SUSMAN
LOUISVILLE DISTRICT CORPS OF ENGINEERS
LOVELACE FARMS, INC.
M & B AUTO PARTS
MACQUARIE CORPORATE & ASSET FUNDING
MADISONVILLE AUTO PARTS
MADISONVILLE COMMUNITY COLLEGE
MADISONVILLE GARAGE DOOR, INC.
MADISONVILLE HOPKINS CO CHAMBER OF
COMMERCE
MADISONVILLE MUNICIPAL UTILITIES
MADISONVILLE SUPPLY, INC.
MADISONVILLE TIRE & RETREADING
MAEVA GROUP, LLC
MAGNUM DRILLING SERVICES INC.
MALCOLM STEVEN RUSSELL
MARILYN RICKARD
MARJORIE PEARCE WILHITE
MARK ANTHONY PHELPS
MARLIN DAUGHERTY STEAM CLEANING
MARTIN D. WILSON
MARTIN ENGINEERING
MARY LEE KNIGHT
MASS MUTUAL FINANCIAL GROUP
MATTHEW DUNLAP
MAYO MANUFACTURING COMPANY, INC.
MCCOY & MCCOY LABORATORIES, INC.
MCLANAHAN CORPORATION
MCLEAN COUNTY SHERIFF
MCMASTER-CARR
MEGAN GUARD CARTER

MELINDA T. CARTER
MERCER
METCALFE LANDSCAPING & GARDEN
MEYER PRINTING
MICHAEL PUTMAN
MICKEY FITZHUGH
MIDWEST BATTERY AND SUPPLY INC.
MIDWESTERN MACHINE & HYDRAULICS
MIKE COAKLEY
MILLER & WELLS, PLLC
MILLER BUILDING SUPPLY, INC.
MINE EQUIPMENT & MILL SUPPLY
MINE POWER SYSTEMS, INC.
MINE SITE TECHNOLOGIES USA, INC.
MINESAFE ELECTRONICS INC
MISSISSIPPI LIME COMPANY
MITCHELL WHITE
MODERN WELDING
MOODY'S INVESTORS SERVICE
MOTION INDUSTRIES
MUHLENBERG CO COURT CLERK
MUHLENBERG CO. WATER DISTRICT
N & H STEAMING, LLC
NADEAN YOUNG
NALCO COMPANY
NANCY PIERCE
NASH MARSHALL, PLLC
NATIONAL ARMATURE & MACHINE
NETELLIGENT CORPORATION
NEW PIG CORPORATION
NEW YORK COAL TRADE ASSOCIATION
NICHOLS ELECTRIC SUPPLY
NICK WOOLEN
NOEL PROPERTIES, LLC
NOLA CASEBIER
OAKLEY STEEL PRODUCTS CO
OAS, INC
OB MOORE
OFFICE OF SURFACE MINING
OHIO CO HOSPITAL
OHIO COUNTY CHAMBER OF COMMERCE
OHIO COUNTY CLERK
OHIO COUNTY FARM & GARDEN CENTER
OHIO COUNTY MOTORS, LLC
OHIO COUNTY SHERIFF
OHIO COUNTY TIMES NEWS
ONE HEALTH @ WORK MADISONVILLE
O'NEAL STEEL, INC.
ONX MANAGED SERVICES, INC.
ONYETT FABRICATORS INC
OSCAR RAMSEY
OVERLAND CONVEYING SYSTEMS
PADUCAH AND LOUISVILLE RAILWAY
PADUCAH BLUEPRINT & SUPPLY CO
PAMELA GABRIELLE RICHARDSON
PATTY REAM
PAUL, WEISS, RIFKIND, WHARTON
PAUL'S REPAIR SHOP, INC.
PETERSON TRUCK CENTER

PILLAR INNOVATIONS, LLC
PIONEER CONVEYOR, LLC
PIONEER SUPPLY
PITNEY BOWES GLOBAL FINANCIAL SERVICES
POLLARD & SONS EXCAVATING, LLC
POLYDECK SCREEN CORPORATION
POWER PLAN
POWER TECHNOLOGIES, LLC
PR NEWSWIRE ASSOCIATION, LLC
PR NEWSWIRE/MULTIVU
PREISER SCIENTIFIC, INC
PREMIER SCALES & SYSTEMS
PROPANE 1 ONE, INC. OF KY
PROTIVITI
PRUDENTIAL LIFE INSURANCE COMPANY
PURCHASE POWER
QUALITY MAGNETITE, LLC
QUEST DIAGNOSTICS INC.
QUEST SOFTWARE INC.
R.F. ROBERTS CONSTRUCTION CO., INC.
RAJKOVICH, WILLIAMS, KILPATRICK & TRUE
PLLC
RANDY GRIFFIN
RAY JONES TRUCKING, INC
REPUBLIC SERVICES DBA B&J SANITATION
RETARUS, INC.
REXEL, INC.
RHETT A. HARTKE
RICHARD F. FORD
RICHARD HICKS
RICHARD L. CRAIG
RICHARD L. HOCKER
RICHARD LOWTHER
RICHARD PATTERSON
RICHARD VINCENT
RICHWOOD INDUSTRIES INC.
RICOH USA, INC.
RITE-CRETE CONCRETE PRODUCTS
ROGER SMITH
ROGERS GROUP, INC.
RON HOPE
RON SHARP
RONICA D. HAGEMAN
RONNIE PYLE
ROY DANIEL BRATCHER
ROYAL BRASS & HOSE
RUBY CONCRETE COMPANY
RUDD EQUIPMENT COMPANY
RUSSELL BURTON
RUSTIN D. HARTKE
RUTH AND CONRAD SZYMANSKI
RYAN R JARVIS
RYAN W. HARTKE
S & L INDUSTRIES, LLC
S & S URETHANE, INC
SABIA, INC
SAINT LOUIS COAL CLUB
SANSONE GROUP
SAP AMERICA, INC.

SCHALCO CONSTRUCTION & GARAGE DOORS
SCHAUENBURG FLEXADUX CORPORATION
SCOTT DORTCH
SCOTT EQUIPMENT COMPANY LLC
SERVICE RADIATOR, INC.
SETH C. BREWER
SGS NORTH AMERICA INC
SHANE CLARK
SHANNON L. LEWIS
SHARON K. CARTER-SMITH
SHAW HEAVY EQUIPMENT REPAIR, INC.
SHAWN KITCHEN
SHERIFF MULENBERG CO
SHERRY R STRATTON
SHERWIN-WILLIAMS
SHI INTERNATIONAL CORP
SHRED-IT USA
SIMMONS EQUIPMENT COMPANY
SKYLINE CREDITRIDE, INC.
SLONGS INDUSTRIES, LLC
SMITH FERTILIZER & GRAIN CO., INC.
SMITH-MANUS
SONNIE BAIRD
SPECIAL MINE SERVICES
SPECTRUM BUSINESS
SPRINT PRINT INC
ST. LOUIS PARKING COMPANY
STAFFORD SERVICES
STAN BELTRAMEA
STANDARD & POOR'S
STANDARD LABORATORIES, INC.
STAPLES ADVANTAGE
STAR INDUSTRIAL SUPPLY, INC.
STAR MINE SERVICES, INC
STAR REBUILDERS, LLC
STEPHEN KANE
STEPHEN L. COOMER
STEPTOE & JOHNSON, PLLC
STEVEN CAMPBELL
STITES & HARBISON PLLC
STM ASSOCIATES
STOLL KEENON OGDEN PLLC
STRATA EQUIPMENT, LLC
STRATA PRODUCTS USA, LLC
STRATA SAFETY PRODUCTS, LLC
SUE ROGERS JOHNSON LIVING TRUST
SUNRISE COAL LLC
SUPERIOR METAL WORKS MACHINE
T.H.E. ENGINEERS INC.
TALMAR, LLC
TARA ADAMS
TAZZ CONVEYOR CORPORATION
TERMINIX INTERNATIONAL
TERRI G. BUNDY
TERRY BIVINS
TERRY E. LINDSEY
TERRY PEVELER
TERRY ROGERS

THE GREATER MUHLENBERG CHAMBER OF COMMERCE
THE LOWENBAUM PARTNERSHIP, LLC
THE MESSENGER
THE TIMES-ARGUS
THE VERNON CORPORATION
THERMO ENVIRONMENTAL INST., LLC
THOMAS MCCROCKLIN, JR.
THOMPSON INTERNATIONAL INC.
THOROUGHBRED RESOURCES, LP
THOROUGHFARE MINING – SURVANT
TIM BAY
TIME WARNER CABLE
TIMOTHY ASHBY
TIMOTHY L. STENBERG
TOMMY WILLIAMS
TONY MELENDEZ
TONY OPPEGARD
TORC UP, INC.
TOTAL COMPLIANCE, LLC
TRAVIS K. SNEED
TREY K MINING AND ELECTRIC, INC
TRI-STATE BEARING CO., INC.
TRIVACO
TRUCK N SPRING REPAIR
TRUSTMARK VOLUNTARY BENEFIT SOL
TUNGCO, INC. DBA CUDA GRIT
TWIN SUPPLY, INC.
TYCO FIRE & SECURITY (US) MGMT
TYLER ALLEN
U.S. DEPT OF LABOR/MSHA
UGM ADDCAR SYSTEMS, LLC
ULTRON, INC.
UNIFIRST CORPORATION
UNIMEASURE, INC.
UNION COUNTY SHERIFF
UNION COUNTY WATER DISTRICT
UNITED CENTRAL INDUSTRIAL SUPPLY CO
UNITED WAY OF THE COALFIELD
UNITED WAY OF THE OHIO VALLEY
UNIVERSAL PROTECTION SERVICE, LP
UPS
US BANK
US BANK EQUIPMENT FINANCE
US TREASURY720
VAREL INTERNATIONAL, INC.
VC'S PICK-UP AND DELIVERY
VERIZON WIRELESS
VEYANCE INDUSTRIAL SERVICES, INC.
VIEWPOINT CONSTRUCTION SOFTWARE
VIGO MACHINE
VIRGINIA STAUDE
WABASH MARINE, INC.
WALLACE AUTO PARTS & SERVICE INC.
WALLACE ELECTRICAL SYSTEMS, LLC
WAL-MART BUSINESS
WALTER RHEW
WLATER U. & LAURIE PEARCE
WANDETA F. DURALL

WC HYDRAULICS, LLC
WEBSTER COUNTY WATER DISTRICT
WEIR INTERNATIONAL, INC.
WELLS FARGO BANK
WELLS FARGO EQUIPMENT FINANCE
WELLS FARGO VENDOR FINANCIAL
WESCOTT STEEL INC.
WEST KENTUCKY PIPE & VALVE, INC.
WEST KENTUCKY STEEL
WEST RIVER CONVEYORS & MACHINERY
WESTERN CRANE SERVICE, INC.
WESTERN KENTUCKY MINING INSTITUTE
WESTERN KENTUCKY ROYALTY TRUST
WESTON THAD CARTWRIGHT
WHAYNE SUPPLY CO. – COSIGNMENT
WHAYNE SUPPLY COMPANY
WHEALTLEY SCALE SERVICE INC
WHITCO ENTERPRISES, INC.
WILLIAM D. CARTER
WILLIAM D. MATHENY
WILLIAM M MCGEHEE
WILLIAM PEYTON
WILLIAM W. JR. & CHARLOTTE ANN
WITT'S HEATING & COOLING
WM E. GROVES CONSTRUCTION INC.
WOODRUFF SUPPLY COMPANY INC
WYNN-JONES MINING TOOLS, LLC
XPO LOGISTICS FREIGHT, INC.
XYLEM DEWATERING SOLUTIONS, INC.
YAGER MATERIALS, LLC

**Schedule 2**

**Interested Parties that Currently or have Previously Employed Armstrong Teasdale in
Matters Unrelated to the Debtors or Their Chapter 11 Cases**

**Current and Recent Former Directors
and Officers of the Debtors**
J. Hord Armstrong, III

**Debtors' Professionals**
AT&T
Edward Jones
Lockton Companies
Massachusetts Mutual Life Insurance
Netelligent Corporation

**Largest Customers of the Debtors**
Owensboro Municipal Utilities

**Insurance Companies**
National Fire Insurance Company of
Pittsburgh, PA
Old Republic National Title Insurance Co.
Travelers
Zurich American Insurance Co.

**Utilities of the Debtors**
AT&T

**Indenture Trustee**
Wells Fargo Bank, N.A.

**Other Vendors of the Debtors**
Amazon.com
American Express
American Heritage Life Insurance Co.
Armstrong Coal Company
AssuredPartners of Missouri, LLC
AT&T
Atmos Energy
Bank of America
Big Brothers-Big Sisters
Charter Communications
Cintas Corporation
FLSmidth
General Electric
Indoff, Inc.
Jenmar Corporation
J. Hord Armstrong, III
Massachusetts Mutual Life Insurance
The Lovelace Farm, Inc.
Mississippi Lime Company
Rexel, Inc.
Ricoh USA, Inc.
Sansone Group
The Sherwin-Williams Company
Staples, Inc.
Time Warner, Inc.
Tyco Fire and Security
United Parcel Service
U.S. Bank, N.A.
Wal-Mart
Wells Fargo Bank, N.A.

## Schedule 3

**Nonexclusive List of Certain Armstrong Teasdale Professionals
and Their Current Hourly Rates As of October 31, 2017**

| NAME | LOCATION | POSITION | BILLING RATE AS OF THE PETITION DATE |
|---|---|---|---|
| Steven Cousins | St. Louis | Partner | $660 |
| Dan Wofsey | St. Louis | Partner | $660 |
| John Cowling | St. Louis | Partner | $605 |
| Robert Kaiser | St. Louis | Partner | $605 |
| Scott Hunt | St. Louis | Partner | $605 |
| Richard Engel | St. Louis | Partner | $590 |
| David Going | St. Louis | Partner | $575 |
| James Fredericks | St. Louis | Partner | $515 |
| Saraann Parker | St. Louis | Partner | $480 |
| Susan Ehlers | St. Louis | Partner | $415 |
| Christopher LaRose | St. Louis | Partner | $370 |
| Jamie Mansfield | St. Louis | Associate | $285 |
| John Willard | St. Louis | Associate | $255 |
| Erin Edelman | St. Louis | Associate | $255 |
| Angela Odlum | St. Louis | Associate | $255 |
| John Moore | St. Louis | Associate | $245 |
| Patricia Beckerle | St. Louis | Associate | $245 |
| Theresa Ritter | St. Louis | Paralegal | $195 |
| Olivia Harmon | St. Louis | Paralegal | $160 |

## Exhibit C

**Disclosure of Compensation of Armstrong Teasdale**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 17-47541-659 |
| | ) Chapter 11 |
| Armstrong Energy, Inc., *et al.*, | ) |
| | ) (Joint Administration Requested) |
| Debtors.[1] | ) |
| | ) Hearing Date:  November 2, 2017 |
| | ) Hearing Time: 1:15 p.m. (Central Time) |
| | ) Hearing Location: Courtroom 7 North |

**DISCLOSURE OF COMPENSATION OF ATTORNEYS**

I, Richard W. Engel, Jr., hereby certify as follows:

1.      From July 7, 2016 through October 31, 2017 (the "Petition Date"), Armstrong Teasdale LLP ("Armstrong Teasdale") received $188,923 for services rendered on behalf of the Debtors and in contemplation or connection with these Chapter 11 cases.  This amount includes payment of a $100,000 replenishments and increases thereof, actual fees and expenses, and unbilled, anticipated or estimated fees through the Petition Date.

2.      There is no agreement of any nature as to the sharing of any compensation to be paid to Armstrong Teasdale, other than sharing among the attorneys of Armstrong Teasdale.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821).  The location of the Debtors' service address is:  7733 Forsyth Boulevard, Suite 1625, St. Louis, Missouri 63105.

Dated:  November 1, 2017                 /s/   *Richard W. Engel, Jr.*
St. Louis, Missouri                Richard W. Engel, Jr., MO 34641
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Telephone: (314) 621-5070
Facsimile:  (314) 612-2242
Email:  rengel@armstrongteasdale.com

## <u>Exhibit D</u>

**Engagement Letter**

**David W. Braswell**

Direct **T** 314.552.6631  **F** 314.612.2229

dbraswell@armstrongteasdale.com

MISSOURI KANSAS COLORADO NEVADA ILLINOIS SHANGHAI

September 7, 2017

Eric R. Waller
Vice President, General Counsel and Secretary
Armstrong Energy, Inc.
7733 Forsyth Blvd.
Clayton, MO 63105

Re:     **Engagement of Armstrong Teasdale LLP**

Dear Mr. Waller:

Thank you for selecting Armstrong Teasdale LLP to represent Armstrong Energy, Inc. and certain of its direct and indirect subsidiaries (collectively, the "Company") in the Company's bankruptcy matter. This letter and the enclosed Standard Terms of Representation will describe the basis on which our firm will provide legal services to you.

We have been engaged to advise the Company in connection with Company's restructuring efforts, including any Chapter 11 bankruptcy filings and to make preparations therefor.

The professional services that our firm will render to the Company include, but shall not be limited to, the following:

(a)     providing legal advice with respect to the Company's powers and duties as debtors-in-possession in the continued operation of its business and management of its properties;

(b)     attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative requirements of operating in Chapter 11;

(c)     taking necessary action to protect and preserve the Company's estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

(d)     preparing and prosecuting on behalf of the Company's motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

Eric R. Waller
September 7, 2017
Page 2

(e)     advising and assisting the Company with respect to restructuring alternatives, including preparing and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure statement;

(f)     appearing in Court and protecting the interests of the Company before the Court; and

(g)     performing all other legal services for the Company which may be necessary and proper.

Armstrong Teasdale LLP shall serve as local co-counsel, with Kirkland & Ellis LLP serving as lead counsel.  All steps shall be taken to ensure no duplication of efforts.

The principal basis for computing our fees will be the amount of time spent on the matter by various lawyers and legal assistants multiplied by their individual hourly billing rates.  Our hourly billing rates for lawyers currently range from $255 per hour for new associates to $660 per hour for senior partners.  Time devoted by paralegals is charged at billing rates ranging from $110 to $305 per hour.  These billing rates are subject to change from time to time.  As explained in the enclosed Standard Terms of Representation, other factors also may be taken into consideration in determining our fees.

We are requesting a retainer in the amount of $100,000.  Our wire instructions are attached.

Additional information regarding fees and other important matters appears in the enclosed Standard Terms of Representation, which are incorporated as part of this letter and which you should review carefully before agreeing to our engagement.  Please indicate your acceptance of the terms of this letter and the Standard Terms of Representation by signing and returning a copy of this letter.  However, please note that your instructing us or continuing to instruct us on this matter will constitute your full acceptance of the terms set out above.  Please call me if you have any questions.

Best regards,

David W. Braswell

DWB:scr

AGREED TO AND ACCEPTED:

**Armstrong Energy, Inc.**

By: _____

Title: _VP, General Counsel & Secretary_

Date: ___9 - 8 - 17___

ARMSTRONG TEASDALE LLP

Eric R. Waller
September 7, 2017
Page 3

This document sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this document carefully and contact us promptly if you have any questions. You should retain this document in your file.

### The Scope of Our Work

The legal services that we will provide to you are described in our engagement letter. Our representation is limited to performance of the services described in that letter and does not include representation of you or your interests in any other matter.

Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

It is our policy that the person or entity that we represent is the person or entity that is identified in our engagement letter and does not include any affiliates of such person or entity (*i.e.*, if you are a corporation or partnership, any parents, subsidiaries, employees, officers, directors, shareholders or partners of the corporation or partnership, or commonly owned corporations or partnerships; or, if you are a trade association, any members of the trade association). Accordingly, for conflict of interest purposes, we may represent another client with interests adverse to any such affiliate without obtaining your consent.

### Who Will Provide the Legal Services

Customarily, each client of the firm is served by a principal lawyer contact. You are free to request a change of principal lawyer at any time. Subject to the supervisory role of the principal lawyer, your work or parts of it may be performed by other lawyers and legal assistants in the firm. Such delegation may be for the purpose of involving lawyers or legal assistants with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis.

### Client Responsibilities

You agree to pay our statements for services and expenses as provided below. In addition, you agree to be candid and cooperative with us and will keep us informed with complete and accurate factual information, documents and other communications relevant to the subject matter of our representation or otherwise reasonably requested by us. Because it is important that we be able to contact you at all times to consult with you regarding your representation, you will inform us, in writing, of any changes in the name, address, telephone number, contact person, e-mail address, state of incorporation or other relevant changes regarding you or your business. Whenever we need your instructions or authorization in order to proceed with legal work on your behalf, we will contact you at the latest business address we have received from you. If you affiliate with, acquire, are acquired by, or merge with another company, you will provide us with sufficient notice to permit us to withdraw as your lawyer if we determine that such affiliation, acquisition, or merger creates a conflict of interest between any of our clients and the other party to such affiliation, acquisition, or merger, or if we determine that it is not in the best interests of the firm to represent the new entity.

Eric R. Waller
September 7, 2017
Page 4

**How Fees Will Be Set**

The principal basis for computing our fees for the legal services we provide to you will be the amount of
time spent on the matter by various lawyers and legal assistants multiplied by their individual hourly
billing rates. In addition, we may also consider:

- The novelty and difficulty of the questions involved, and the skill requisite to perform the legal
  service properly;

- The fee customarily charged in the locality for similar legal services;

- The amount of time or value of property involved and the results obtained;

- The time limitations imposed by you or by the circumstances, such as an emergency closing, the need
  for injunctive relief from court, or substantial disruption of other office business;

- The nature and length of our professional relationship with you;

- The experience, reputation, and ability of the lawyers performing the services.

The hourly rates of our lawyers and legal assistants are adjusted from time to time to reflect current levels
of legal experience, changes in overhead costs, and other factors. We will keep records of the time we
devote to your work, including conferences (both in person and over the telephone), negotiations, factual
and legal research and analysis, document preparation and revision, travel on your behalf, and other
related matters. We record our time in units of tenths of an hour.

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a
particular matter. Whenever possible, we will furnish such an estimate based upon our professional
judgment, but always with a clear understanding that it is not a maximum or fixed-fee quotation. The
ultimate cost frequently is more or less than the amount estimated.

**Costs**

We will include on our statements separate charges for performing services such as photocopying,
messenger and delivery service, computerized research, travel, and long-distance telephone and fax
charges, and search fees. Such expenses may also include filing fees, deposition costs, process servers,
court reporters, and witness fees. You also agree to pay the charges related to copying or digital
reproduction of documents for retention in our files. While our charges for these services are measured
by use, they may not, in all instances, reflect our exact out-of-pocket costs. For many of these items, the
precise cost of providing the service is difficult to establish. We would be pleased to discuss the specific
schedule of charges for these additional services with you and to answer any questions that you may have.
If you would prefer, in some situations we can arrange for these services to be provided by third parties
with direct billing to you.

Additionally, for efficiency, we may use the services of an affiliate of our firm, Lawgical Choice, to
perform technical support such as document scanning, bulk printing, electronic file processing, electronic
closing books, CD and DVD copying, document coding, electronic bates numbering, trial support,

Eric R. Waller
September 7, 2017
Page 5

conversion of electronic files, or production of electronic files and you agree to pay the charges for such services.

**Charges**

You authorize us to retain any investigators, consultants, or experts necessary in our judgment to represent your interests in the representation. Their fees and expenses generally will not be paid by us, but will be billed directly to you.

**Billing Arrangements and Terms of Payment**

We will bill you on a regular basis, normally each month, for both fees and disbursements. You agree to make payments within 30 days of receiving our statement or as allowed by court order.

We will give you prompt notice if your account becomes delinquent, and you agree to bring the account or the retainer deposit current. If the delinquency continues and you do not arrange satisfactory payment terms, we will withdraw from the representation and pursue collection of your account. You agree to pay all costs of collection of delinquent invoices, including attorneys' fees and expenses, regardless of whether those fees are attributable to Armstrong Teasdale attorneys or outside attorneys engaged for the purpose of collection.

**Retainer and Trust Deposits**

New clients of the firm are required to deposit a retainer with the firm. Unless otherwise agreed, the retainer deposit will be credited toward your unpaid invoices, if any, at the conclusion of services. At the conclusion of our legal representation or at such time as the deposit is unnecessary or is appropriately reduced, the remaining balance or an appropriate part of it will be returned to you. If the retainer deposit proves insufficient to cover current expenses and fees at some point during the representation, it may have to be increased.

All trust deposits we receive from you, including retainers, will be placed in a trust account for your benefit. Normally, pursuant to court rule, your deposit will be placed in a pooled account, and the interest earned on the pooled account will be payable to a charitable foundation. Other trust deposits will also be placed in the pooled account unless you request a segregated account.

**Termination**

You may at any time terminate our services and representation upon written notice to us. Such termination shall not, however, relieve you of the obligation to pay for all services already rendered, including work in progress and remaining incomplete at the time of termination, and to pay for all expenses incurred on your behalf through the date of termination.

We reserve the right to withdraw from our representation as required or permitted by the applicable rules of professional conduct upon written notice to you. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in the specified matter, and you agree to take all steps necessary to free us of any obligation to perform further, including the execution of any documents necessary to perfect our withdrawal. We will be entitled to be paid for all services rendered and costs or expenses incurred on your behalf through the date of withdrawal. If permission for

ARMSTRONG TEASDALE LLP

Eric R. Waller
September 7, 2017
Page 6

withdrawal is required by a court or arbitration panel, we will promptly request such permission, and you agree not to oppose our request.

Unless previously terminated, our representation of you in the specified matter will terminate upon our sending you our final statement for services rendered in the matter.

Following termination of our services, at your request, your papers and property will be returned to you upon receipt of payment for outstanding fees and costs. Our own files pertaining to the matter will be retained by the firm. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers. All such documents retained by the firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement, and you agree that unless you have otherwise notified us in writing, we will have the right to dispose of files relating to your matter without notice after the matter has been concluded for five years.

After the conclusion of our representation, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you engage us after the conclusion of the matter to provide additional advice on issues arising from the matter, the firm has no continuing obligation to advise you with respect to future legal developments.