# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARMSTRONG ENERGY, INC., *et al.*,[1] | Case No. 17-47541-659 |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-1 of the Federal Rules of Bankruptcy Procedure, Cullen D. Speckhart, Esq. and the law firm of Wolcott Rivers Gates enters its appearance on behalf of:

**Whayne Supply Company**

Pursuant to Bankruptcy Rule 2002(a), (b), and (f), the undersigned requests that notice of all matters specified in Rule 2002 of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be electronically provided to the undersigned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Armstrong Energy, Inc. (4058); Armstrong Air, LLC (2017); Armstrong Coal Company, Inc. (0349); Armstrong Coal Sales, LLC (8643); Armstrong Energy Holdings, Inc. (5664); Armstrong Logistics Services, LLC (0392); Thoroughfare Mining, LLC (7890); Western Diamond LLC (9356); Western Land Company, LLC (9821). The addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.

Respectfully Submitted

Dated: November 1, 2017

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart, Esq. (MO 68681)
**WOLCOTT RIVERS GATES**
200 Bendix Road, Ste. 300
Virginia Beach, VA 23452
919 E. Main Street, Richmond, VA 23219
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

**Certificate of Service**

I certify that on 1st day of November, 2017, a true and correct copy of the foregoing has been served on counsel of record via the Court's ECF filing system.

*/s/ Cullen D. Speckhart*